

# EXHIBIT 1



JUN 16 2014

| AZ | Commercial | ROC191654 |
| AZ | Residential | ROC173715 |
| LA | Contractor | 14667 |
| Certified | | WOSB, MBE, SBE, HUBZone |

Date:  6/4/2014

Subcontract Agreement with:

Durham Stabilization, Inc
P.O. Box 882
Elk Grove, CA  95759
Phone | Fax:  (916) 685-2204 | (916) 685-3097
Contact:  Sharon Groesbeck
eMail: sharon@durhamstabilization.com

RECEIVED

JUN 20 2014

DURHAM STABILIZATION, INC

**Subcontract No. 3F-DOT-001-S02**

Please use this Subcontract No. on all correspondence and invoices

| | |
|---|---|
| Prime Contractor | SBBI, Inc. |
| Subcontractor | Durham Stabilization, Inc |
| Work | See Schedule A |
| Project | AZ FLAP 249(1) THREE FORKS ROAD |
| SBBI Project Number | 3F-DOT-001 |
| Agency | U.S. Department of Transportation Federal Highway Administration Central Federal Lands Highway Division |
| Project Location | Apache-Sitgreaves National Forest |
| Prime Contract Date | 5/23/2014 |
| Prime Contract Number | DTFH68-14-C-00025 |
| General Contractor Bond Information | Hartford Casualty Insurance Company One Hartford Plaza, Hartford, CT 06115 Bond No. 43BCSGS4775 |
| Method of Payment Guarantee | Performance and Payment Bond |
| Price | $1,637,282.72, unless agreed to in writing by contractor |
| Cost Codes | Per Schedule C |
| Liquidated Damages Per Day | $3,300.00 |
| Applicable Wage Determination | General Decision Number: AZ140009, Highway, 02/14/2014, (AZ29) |
| Change Orders, Overhead, and Profit | As negotiated and approved in advance by the Contractor |
| Contract Type | Fixed Unit Price |
| Unit Price(s) | See Schedule C |
| Performance Start Date | 7/21/2014 |
| Performance Finish Date | 9/16/2014 |
| Monthly Billing Date | 20th of each month unless directed otherwise in writing by Contractor |

The above terms are incorporated for reference and are more fully explained below.

**Please ensure that the SBBI Subcontract No. is plainly noted on all invoices you submit.**



JUN 16 2014

1.  **WORK:**  Subcontractor shall perform and furnish all labor, supervision, materials, equipment, to complete the work identified and described in schedule A; Work. Management attached and being a portion of the work required under the contract between the Agency/Owner and the Contractor.  The work shall be performed by the Subcontractor in a professional workmanlike manner strictly in accordance with the contract documents including but not limited to the contract between the owner and contractor, contract between contractor and subcontractor, plans, specifications, general, special and supplemental conditions, addenda and other documents identified in Schedule B attached hereto and all subsequent and duly issued modifications thereto. The Contract Documents are available for examination by Subcontractor during all working hours at the office of SBBI, Inc.  Subcontractor represents and agrees that it has carefully examined and understands the Contract Documents relevant to the Work; has adequately investigated the nature and conditions of the Project site and locality; has familiarized itself with conditions affecting the difficulty of the Work; and has entered into this Subcontract agreement based on its own examination, investigation and evaluation and not in reliance upon any opinions or representations made to him by the Contractor. With respect to the Work Subcontractor agrees to be bound to Contractor by the terms and conditions of the Contract Documents and this Subcontract Agreement and hereby assumes toward the Contractor all the duties, obligations, and responsibilities that Contractor has by the Contract Documents assumed toward the Agency/Owner concerning the work under this Subcontract agreement.

    NOTE: All subcontractors MUST ensure that all subcontractor employees working on SBBI job sites are vetted and cleared in advance of being allowed on the job site. Subcontractor further agrees to provide vetting information to contractor on request.

2.  **PRICE:**  Contractor shall pay to the Subcontractor for the satisfactory performance and completion of the work and all the duties, obligations and responsibilities of Subcontractor under this Subcontract, the sum set forth above as the Price, subject to additions and deductions as herein provided.  To the extent that the Work is to be performed on a unit price basis, the Price shall be computed in accordance with the unit prices set forth in Schedule C based on actual quantities determined in accordance with the Contract Documents and this Subcontract Agreement.  The price and all unit prices shown in Schedule C shall be deemed to include all costs of Subcontractor's performance of the Work, including but not limited to, the costs of labor, supervision, services, materials, equipment, tools, scaffolds, transportation, storage, insurance and taxes, and allowance for overhead and profit unless otherwise stated.

3.  **PROGRESS PAYMENTS:** On or before each Monthly Billing Date, Subcontractor shall submit to the Contractor in the attached form (Payment Request Template) and supported by such data as Contractor may require, a progress payment application showing the value of the Work installed, plus the value of material (which is to be incorporated into the project) stored on site, if the Contract Documents provide for payments to Contractor on such a basis.  This shall be done on or before the "Monthly Billing Date" referenced above, to allow the contractor and inspecting authority adequate time for proper approval.  **Failure to submit a proper or timely Monthly Billing will cause payment to be delayed.**

    Within 7 days after receiving a progress payment from the Owner under the Contract, Contractor shall make a progress payment to Subcontractor equal to the value of subcontractor's invoice and the Completed Work and Stored Work as of the corresponding Monthly Billing Date to the extent approved by the Contractor and allowed and paid by the Agency/Owner on account of the Work performed by Subcontractor.  This shall be done after deductions have been made for previous payments.  If Owner fails to make a progress payment to the Contractor and if such a failure is caused by the Contractors default, Contractor shall 7 days after written demand, make payment to the Subcontractor.  In any case payment to the subcontractor will be made within 7 days after receipt of payment from owner providing contractor has received a properly prepared invoice from subcontractor.

4.  **FINAL PAYMENT:**  A final payment consisting of the unpaid balance of the Price shall be made within 30 days after the last of the following to occur; (a) completion of the Work by Subcontractor; (b) Acceptance thereof by the Agency/Owner; (c) Furnishing of evidence satisfactory to the Contractor that there are no claims, obligations, liens or other responsibilities resultant from the Work performed as a part of this Subcontract; and, (d) Delivery of all Warranty information as required under the Contract Documents as well as reasonable assurance that Subcontractor shall be able to satisfy the requirements of any warranty binding it under this Subcontract or the Contract Documents.

5.  **TIME:**  Time is of the essence. Therefore Subcontractor shall (a) submit to the Contractor within 10 days a detailed, proposed schedule for the Work for the Contractor's use in preparing an overall progress schedule for the entire work and its several parts under the Contract; (b) begin the work on the Contractor's order to do so; (c) coordinate and perform the Work and diligently and promptly and in such order and sequence as Contractor may direct and as will assure the completion of the overall project; and (d) furnish at all times sufficient, qualified and competent forces and supervision as well as conforming materials, equipment, plant, tools, and other necessary items required to achieve progress according to the Contractor's schedule including any specific schedule for Subcontractor's Work attached hereto as Schedule D and any revision thereof by the Contractor.  Subcontractor shall within 3 days of receipt of Contractor's overall schedule advise the Contractor of any conflict in the schedule such as delivery dates which cannot be met, impractical durations for labor, or any other problem which could prevent the overall project schedule from being met.

6.  **EXTENSIONS OF TIME:**  Should the Subcontractor, without fault or neglect on its own part, be delayed in the commencement or completion of the Work by the fault or neglect of the Contractor or another subcontractor on the project, Subcontractor shall be entitled to a reasonable extension of time only. Should Subcontractor be delayed by an Act of God or any other cause beyond the control of either the Contractor or Subcontractor which would entitle the Contractor to a extension of time under the terms of the Contract Documents, Subcontractor shall also be entitled to an extension of time only, and that determined in accordance with the Contract Documents.  In no event shall the Subcontractor be entitled to receive compensation or damages for any of the aforementioned delays except to the extent

JUN 16 2014

that the Contractor shall receive such compensation or damages from the Agency/Owner or another third party. Notwithstanding anything to the contrary in the Contract Documents or this Subcontract, Subcontractor shall not be entitled to an extension of time unless a written notice of delay shall have been delivered to the Contractor within 72 hours after commencement of the claimed delay. Failure to provide such written notice shall nullify Subcontractors claim for said delay. Liquidated damages shall be assessed for inexcusable delays in the amount stated in the contract documents for any delays caused by the Subcontractor and documented in writing by the Contractor (See paragraph 25).

7. **CHANGE ORDERS:** Agency/Owner has reserved the right under the Contract Documents to require Contractor to make changes in the Work, including additions and deletions. Without notice to any surety and without invalidating this Subcontract, Contractor may from time to time, by written order ("written Change Order as defined in paragraph 8") to Subcontractor, make changes in the Work to the same extent and in the same manner as may be required of the Contractor under the Contract Documents; and Subcontractor shall thereupon perform the changed Work in accordance with the terms of this Subcontract. Upon request of the Contractor, and in time and manner sufficient to permit Contractor to comply with its obligations under the Contract Documents, Subcontractor shall submit a written proposal for any applicable Price or time adjustment attributable to the changed Work, amply detailed and supported and conforming to the requirements of the Contract Documents. The Price shall be adjusted by the net amount of any direct savings costs (plus an allowance for overhead and profit) attributable to the Change Order, and the time for performance of the Work shall be adjusted to the extent necessarily affected by the Change Order, subject, however, in each case to the following limitations; (a) The Price and adjustments for time hereunder shall not exceed the amount and extent of adjustments actually allowed Contractor under the Contract Documents less any amount of markup allowed to the Contractor by the Agency/Owner; (b) where the Work affected by Change Order is the subject of unit prices under Exhibit C, the Price adjustment shall be limited to the amounts obtained by applying such unit prices; and (c) the amount allowable for overhead and profit shall be limited to an allowance obtained by applying the Profit percentage to the net amount of the Subcontractor's direct savings and direct costs. As used in this Subcontractor's direct savings and direct costs shall mean and be limited to the actual amount of the following: cost of materials, including sales tax and cost of delivery: cost of labor, including FICA, FUTA, SUTA, insurance and benefits, Workmen's compensation insurance, Bond premiums, and actual rent, or reasonable rental value of Subcontractor owned equipment and machinery. If the parties are able to agree upon the amount of the Price adjustment and the extent of any time adjustment, such adjustments shall be set forth in the Change Order which shall be accepted by Subcontractor. If the parties are unable to agree upon such adjustments, Contractor may elect to issue the Change Order to the Subcontractor unilaterally, and any adjustments to Price or time shall be subject to an ultimate determination in accordance herewith; and Subcontractor shall, nonetheless, proceed immediately with the changed Work.

8. **EXTRA WORK:** In addition to Change Orders issued under paragraph 7 above as a result of changes ordered by Agency/Owner, Contractor may from time to time and without notice to any surety and without invalidating this Subcontract, require by written order that Subcontractor perform extra Work reasonably related to the original Work hereunder. Contractor of Subcontractor may also perform such extra Work (meaning work or services on which the Contractor will not be entitled to a Change Order from the Agency/Owner, according to paragraph 7 above) pursuant to written agreements made from time to time for the benefit of the other party or persons or entities responsible to such other party. Such extra Work shall be invoiced weekly, in reasonable detail and amply supported on the basis of the performing party's actual direct costs and without overhead or profit or allowance therefore. Payment of such invoices shall be made at the time of the next ensuing progress payment or final payment hereunder.

In no event shall Subcontractor proceed with a Change Order without a written Change Order issued under paragraphs 7 above or a written order from the Contractor for extra Work under paragraph 8; and contractor shall not be liable for any additional costs incurred or delays encountered in the performance of such Work without such a written notice approved by the Contractor's home office or a duly designated representative from the Contractor's home office.

9. **BONDS AND GUARANTEES:** If so indicated on page 1 hereof, Subcontractor shall furnish, within 10 days, at contractors expense, a performance bond and a payment bond, each in an amount equal to the Price on contractor's standard form and with a corporate surety or individual sureties acceptable to Contractor. In the event that the Subcontractor is unable to provide a bond the Contractor may require an "Irrevocable Letter of Credit sufficient to guaranty that the Work will be completed, or Contractor may require a "Personal Guaranty" duly signed and executed by an Owner or Officer of the Subcontractor Corporation. Said "Personal Guaranty" shall be executed on the signature page of this Subcontract and must be notarized. Contractor may choose to waive any of the three forms of performance guaranty listed above and "Joint Check" all payables attributable to this agreement other than labor. No payment shall be made to Subcontractor until one of the four methods of payment guarantee is satisfied.

10. **INSURANCE:** Before commencement of work and until completion and final acceptance thereof by Agency/Owner, Subcontractor shall obtain and maintain, at its expense, at least the insurance coverage specified in Schedule E attached hereto, all from companies, and in form and substance, acceptable to the Contractor. As conditions of payment for the Work, Subcontractor shall furnish a certificate, satisfactory to the Contractor, from each insurance company showing the required insurance to be in force and stating that the insurance will not be canceled or changed except upon at least 15 days written notice thereof to Contractor or as otherwise required by the Contract Documents. To the extent that Subcontractor maintains insurance coverage for loss or damage to property, Subcontractor hereby waives subrogation of claims against the Contractor, Agency/Owner, other subcontractors, and their agents, employees and servants.

11. **INDEMNITY:** To the full extent permitted by law, Subcontractor agrees to defend, indemnify, and save harmless Contractor and Owner, and their agents, servants and employees, from and against any claim, cost, expense, or liability (including attorney's fees), attributable to

JUN 16 2014

bodily injury, sickness, disease, or death, or to damage to or destruction of property (including loss of use thereof), caused by, arising out of, resulting from, or occurring in connection with the performance of the Work by the Subcontractor, its subcontractors or their agents, servants or employees, whether or not caused in part by the active or passive negligence or other fault of a party indemnified hereunder provided, however, Subcontractor's duty hereunder shall not arise if such injury, sickness, disease, death, damage, or destruction is caused by the sole negligence of a party indemnified hereunder.  If Contractor, owner and subcontractor are jointly or concurrently negligent or at fault, the liability of the Contractor, Owner, and Subcontractor shall be borne by said parties in proportion to their negligence either as so agreed or as so found by a court of competent jurisdiction. Subcontractor shall not be liable to the extent that any liability, loss, damage, cost and expense results from the sole or gross negligence or willful misconduct by contractor, owner or their directors, officers, employees or agents.

12. **ASSIGNMENT:**  Subcontractor shall not assign this Subcontract, or any monies due or to become due hereunder, or subcontract any substantial part of the Work, without the prior written consent of the Contractor.  Subcontractor shall not be relieved of its duties and obligations hereunder by any assignment or subcontract and shall be and remain as fully responsible and liable for the acts and omissions of its assignees and subcontractors, and all persons directly or indirectly employed by them as Subcontractor is for its own acts and omissions and those of its agents, servants and employees.

13. **COMPLIANCE:**  Subcontractor shall at its own expense obtain all necessary licenses and permits pertaining to the Work and comply with all statutes, ordinances, rules, regulations, codes and orders of any governmental or quasi-governmental authority having jurisdiction over the Work or the performance thereof, including but not limited to those relating to safety, wages, discrimination, equal opportunity and the Buy American Act.  Subcontractor shall promptly correct any violations of such statutes, ordinances, rules, regulations, codes and orders committed by the Subcontractor, its agents, servants, and employees; and Subcontractor shall receive and respond to, and shall defend, indemnify and save harmless Contractor and Agency/Owner and their agents, servants and employees from and against any loss, liability or expense arising from any such violations and any citations, assessments, fines or penalties resulting there from.

14. **SAFETY:**  Subcontractor agrees that the prevention of accidents to workmen engaged upon or in the vicinity of the Work is its responsibility, even though Contractor has established or adopted a safety program for the entire Project.  Subcontractor shall establish and implement safety measures policies and standards conforming to those required or recommended by governmental authorities having jurisdiction and by Contractor, including, but not limited to, any requirements imposed by the Contract Documents.  Subcontractor shall comply with the current EM-385 COE safety manual (red book) and all OSHA regulations; and shall stop any part of the Work which Contractor deems unsafe until corrective measures satisfactory to the Contractor shall have been taken. Subcontractor, its agents, servants and employees agree to defend, indemnify and save harmless the Contractor and its employees for any safety violation committed by Subcontractor which result in a claim.

15. **CLEANING UP:**  Subcontractor shall at its own expense: (a)  keep the premises at all times free from waste materials, packaging and other debris accumulated in connection with the Work, by collecting and removing such debris from the job site on a daily basis; (b) at the completion of the Work in each area, sweep and otherwise make the Work and its immediate vicinity "broom clean"; (c) remove all of its tools, equipment, scaffold, temporary structures and surplus materials as directed by the Contractor and at the completion of the Work; and (d) at final inspection clean and prepare the Work for acceptance by Agent/Owner.  If daily cleanup is not performed satisfactorily, Contractor will clean-up on behalf of Subcontractor and back charge the Subcontractor at a rate of $20.00 per man hour plus a fee for tools and equipment required.  Any salvage resulting from work on the project shall become the property of the contractor unless otherwise outlined in this subcontract agreement.

16. **TEMPORARY FACILITIES:**  Shall be provided in accordance with Schedule F attached.

17. **QUALITY CONTROL:**  Subcontractor shall provide quality materials and workmanship conforming to the requirements of the Contractors accepted Quality Control Plan.  Subcontractor shall be responsible to make itself familiar with the Contractors Quality Control Manual for this project.

Subcontractors Representative in the field shall be qualified, able and empowered by the Subcontractor's home office, to remove and replace all Work not in conformance with the Quality Assurance program required by the Contract Documents and set in place by the Contractor.  The Contractors QC (Quality Control) Representative shall have total control in the field and authority from the Contractors Home office to flag and direct Subcontractor concerning Work that is not in Conformance with the Contractors QC program. Contractors failure to discover unsound, improper, or otherwise nonconforming work at the time of the Work or any portion thereof is performed or completed, shall not relieve the Subcontractor of the responsibility for replacement of the defective or nonconforming Work and all damages resulting from such.  If the Agency/Owner elects to accept defective or nonconforming Work, the Contractor may require an appropriate and equitable adjustment in the Price to the extent required of the Contractor.

18. **GUARANTEES:**  Subcontractor warrants and guarantees the Work to the full extent provided for in the Contract Documents.  Without limiting the forgoing or any other liability or obligation with respect to the Work, Subcontractor shall, at its expense and by reason of its express warranty, make good any faulty or improper parts of the Work discovered within 1 year from the date of acceptance of the Project by the Agency/Owner or within such longer period as may be provided in the Contract Documents.  Subcontractor shall be bound to the warranty clauses of the contract documents despite any dispute which may arise during the course of the work, and agrees to respond to all warranty calls within a 24 hours of notice or sooner if required by the contract documents.

19. **SUBMITTALS:**  Project document submittals include the following:

a.  Subcontractor will immediately prepare or obtain and promptly submit to the Contractor shop and erection drawings, samples, product data, catalogue cuts, laboratory and inspection reports, mill certifications and engineering calculations, all as may be required by the Contract Documents or as may be necessary or appropriate to describe the details of the Work. Approval of drawings or other submittals by the Contractor or Agency/Owner shall not relieve Subcontractor of its obligation to perform the Work in strict accordance with the Contract Documents or its responsibility for the proper matching of the Work to contiguous work.

b.  Subcontractor will submit reports, including, but not limited to, field, production, labor hours, and equipment hours to SBBI's field office or Project Manager by the close of each business day.

c.  Subcontractor will submit all other documents, as directed by the SBBI Project Manager, which are specific to a particular job or requested by the Owner.

20. **PERFORMANCE:** The Work shall be performed and furnished under the direction and to the satisfaction of the Agency/Owner and the Contractor, but the Subcontractor shall not be relieved of its obligation to supervise the Work using its best skill and attention or its obligation to perform the Work as provided for in the Contract Documents. Subcontractor shall be bound by the interpretations and decisions of the Agency/Owner and to the same extent as the Contractor. Subcontractor shall notify and obtain the approval of the Contractor before the arrival of forces or delivery of materials and equipment to the job site, before any substantial change in its forces, and before leaving the job site for any reason. Subcontractor shall make a timely check of all Contract Documents and notify the Contractor of any discrepancies or conflicts before performing the Work and Subcontractor shall be responsible for any extra costs resulting from its failure to do so. Subcontractor shall be responsible for the preparation of coordinated drawings and/or information in areas where the Subcontractor's Work interfaces with the work of others.

21. **LIENS:** Subcontractor shall defend, indemnify and save harmless the Contractor, the Contractor's sureties and the Agency/Owner from any lien or claim of lien filed or maintained by any laborer, material man, subcontractor, or other person directly or indirectly acting for, through, or under the Subcontractor, against the Project or any part thereof or any interest, or against any monies due or to become due from the Agency/Owner to the Contractor or from the Contractor to the Subcontractor. Without limiting the foregoing, Subcontractor shall cause any such lien or claim to be satisfied, removed or discharged by bond, payment, or otherwise within 10 days from the date of filing or receipt as the case may be.

22. **PATENTS:** Subcontractor shall defend, indemnify and save harmless the Contractor and the Agency/Owner, from any claim, cost, expense, or liability (including attorney's fees) arising out of or resulting from infringement or alleged infringement of any patent rights attributable to the Work, except to the extent that Agency/Owner may have assumed responsibility for under the Contract Documents.

23. **LABOR:** Subcontractor shall not directly or indirectly employ men, means, materials, or equipment which is likely to cause strikes slow-downs or similar interruptions or disturbances by workmen employed by the Subcontractor, Contractor or other contractors in connection with the Project. Subcontractor shall maintain and exercise control over all employees engaged in the performance of the Work, provided however, Subcontractor shall, to the extent permitted by law, remove or cause to be removed from the Project any such employee whose presence is determined by the Contractor to be detrimental to the orderly prosecution of the Work. Should Subcontractor employ workmen who cause or participate in such strikes, slow-downs, disturbances or similar interruptions, such employment shall be deemed within the control of the Subcontractor and the Contractor shall have the rights provided for in paragraph 25.

24. **DAMAGE:** The Contractor shall not be liable or responsible for the loss or damage to the equipment, tools, facilities or other personal property owned, rented or, used by the Subcontractor or, anyone employed by the Subcontractor, in the performance of the Work; and Subcontractor shall maintain such insurance and take such protective action as it deems necessary with respect to such property. Except to the extent of any proceeds received by the Contractor for the benefit of Subcontractor under a policy of builders' risk or fire insurance. Contractor shall not be liable or responsible for any loss or damage to the Work; Subcontractor shall be responsible for any loss or damage to the Work; Subcontractor shall be responsible for the correction or restoration of any such loss or damage to the Work, or to the work of the Contractor or any other subcontractor, resulting from the operations of the Subcontractor, or its subcontractors, agents, servants, or employees; Subcontractor shall take reasonable precautions to protect the Work from loss or damage prior to acceptance by the Agency/Owner.

25. **DEFAULT AND PENALTY:** Should Subcontractor at any time: (a) fail to supply the labor, materials, equipment, supervision and other things required of it in sufficient quantities and of sufficient quality to perform the Work with the skill, conformity, promptness, and diligence required hereunder, (b) cause stoppage or delay of or interference with the Project work, (c) become insolvent, or (d) fail in the performance or observance of any of the terms of this Subcontract, any such event, shall constitute a default by the Subcontractor, Contractor shall, give the Subcontractor notice. If after 48 hours from notice from the Contractor the Subcontractor is unable to cure, the Contractor shall have the right to exercise any one or more of the following remedies:

a.  Require that the Subcontractor utilize, at its own expense, overtime labor and additional shifts (if acceptable to the Agency/Owner) as necessary to overcome the consequences of any delay attributable to the Subcontractor's default;

b.  Remedy the default by whatever means the Contractor may deem necessary or appropriate including but not limited to, correcting, furnishing, performing or otherwise completing the Work or any part, by itself or through others (utilizing where appropriate any

JUN 16 2014

materials and equipment previously purchased for that purpose by the Subcontractor) and deducting the cost (plus allowance for administrative burden equal to 15% of such costs) from any monies due or to become due to the Subcontractor.

c.   After giving the Subcontractor 48 hours' notice (at any time following the expiration of the 48 hours' notice and curative period), terminate this Subcontract, without waiving or releasing any rights or remedies against the Subcontractor or its sureties, and by itself or through others take possession of the Work, and all materials, equipment, facilities, plant, tools, scaffolds and appliances of the Subcontractor relating to the Work, for the purposes of completing the Work and securing to the Contractor the payment of its costs (plus an allowance for administrative burden equal to 15% of such costs) and other damages under the Subcontract and for the breach thereof, it being intended that the Contractor shall, for the stated purposes, be the assignee of and have a security interest in the property described above to the extent located on the Project site ( and Contractor may at any time file this Subcontract as a financing statement under applicable law).

d.   Recover from the Subcontractor all losses, damages, penalties, liquidated damages, extended overhead and fines, whether actual or liquidated, direct or consequential, and all reasonable attorney's fees suffered or incurred by the Contractor by reason of or as a result of the Subcontractor's default. After completion of the Work by the exercise of any one or more of the above remedies and acceptance of the Work by the Agency/Owner and payment thereof, Contractor shall promptly pay the Subcontractor any balance of the Price. The foregoing remedies shall be considered separate and cumulative and shall be in addition to every other remedy given hereunder or under the Contract Documents, or now or hereafter existing at law or in equity. Except as limited by this Subcontract, Subcontractor shall have the rights and remedies available at law or in equity for a breach of the Subcontract by the Contractor. Any default by the Contractor shall be deemed waived unless the Subcontractor shall have given the Contractor written notice thereof within 7 days after the occurrence of such default. Subcontract shall not be entitled to stop the Work or terminate this Subcontract on account of the Contractor's failure to pay an amount claimed due (including changed or extra Work) so long as the Subcontractor shall not have adequately substantiated the amount due or so long as a good faith dispute exists as to the amount due. Subcontractor shall not be entitled to stop the Work on account of a default by the Contractor unless such default shall have continued for more than 7 days after the Contractor's receipt of written notice of such default from the Subcontractor. Subcontractor shall not be entitled to terminate this Subcontract except for a substantial and material breach by the Contractor which shall have continued, uncured, for at least an additional 30 days after (1) Subcontractor shall have stopped work in accordance with the requirements hereof and (2) the Contractor shall have received written notice of the Subcontractor's intention to terminate this contract.

26. **DISPUTES:** In the event of any dispute between the Subcontractor and the Contractor arising under or relating to this Subcontract, or the breach thereof, which involves the correlative rights and duties of the Agency/Owner the dispute shall be decided in accordance with the Contract Documents, and the Subcontractor, and its sureties, shall be bound to the Contractor to the same extent that the Contractor is bound to the Agency/Owner by the terms of the Contract and by any decisions made under the Contract Documents by any authorized person, board, court, or other tribunal. Subcontractor shall be afforded a reasonable opportunity to present information and testimony involving its rights and shall have the duty to cooperate with the Contractor. If a dispute should arise between the Contractor and the Subcontractor under or relating to this Subcontract, or any breach thereof, which does not involve the correlative rights and duties of the Agency/Owner and is not, therefore, controlled by the foregoing provision, then the dispute shall be decided in a court of law. Written notice of the demand shall be given the other party, and filed in accordance with the applicable law, within a reasonable time after the dispute shall have arisen, and not later the date on which the institution of legal proceedings based on the disputed claim would be barred by applicable statutes of limitations. The locale of the proceedings shall be the city where the work under this agreement was performed. Any pending dispute shall not interfere with the progress of the Work by the Subcontractor nor limit the right of the Contractor to proceed, in good faith, to remedy an alleged default by the Subcontractor.

27. **EARLY TERMINATION:** If Agency/Owner terminates the Contract or stops the Work for a reason other than the default of the Contractor, Contractor may terminate this Subcontract or stop the Work for the same reason, and the Subcontractor's rights and remedies (including the basis for compensation) shall be limited to the corresponding rights and remedies available to the Contractor under the Contract Documents. In no event shall the Subcontractor be entitled to consequential damages or loss of profits on portions of the Work not yet performed. Sub-contractor agrees to pay any expenses incurred by the Contractor in the effort to obtain an equitable adjustment for the subcontractor due to early termination by the Agency/Owner.

28. **NOTICES:** All written notices provided for in this Subcontract or in the Contract Documents shall be deemed given if delivered personally to a responsible representative of the party or if sent by telegram or fax (with a hard copy following) or by regular mail to the party at its address specified herein. Either party must within 24 hours of any address change, give notice to the other as herein provided, and designate the new address and/or fax number to which notices to it should be sent.

29. **E-VERIFY:** The Subcontractor acknowledges that FAR 52.222-54 - Employment Eligibility Verification (See Schedule G) is included as a Contract Clauses by Reference. The Subcontractor acknowledges that the Subcontractor's Subcontractors, at every tier, are in compliance with the FAR 52.222-54 and related E-Verify rules and regulations. Subcontractor acknowledges that they are in compliance with FAR 52.222-54 and related E-Verify rules and regulations. As proof of enrollment, the Subcontractor must attach a copy of its Edit Company Page, from E-Verify, to this Acknowledgement. See Schedule G for FAR 52.222-54

30. **FAR INCORPORATED BY REFERENCE:** The FAR clauses set forth in Schedule H are hereby incorporated by reference in this Subcontract. The obligations of SBBI to the Government as provided in said clauses shall be deemed to be the obligations of

JUN 16 2014

Subcontractor to SBBI. Clauses referenced in Schedule H shall be those in effect on the effective date of the Prime Contract. Where there are any compliance time requirements in the clause these time frames are reduced by fifty percent (i.e., 1 year becomes 6 months, 90 days becomes 45 days, etc.) for this Subcontract. The sum and substance of each regulation shall also be applied to all additional lower-tiered subcontractors, vendors or entities utilized to perform any work under this Subcontract, and Subcontractor shall include this provision in all other contracts. FAR contract provisions, which are required to be "flowed down" to Subcontractor in the case of Federal projects, shall be deemed to be incorporated herein by reference and apply to any work performed under this Subcontract.

Wherever necessary to make the context of the clauses set forth in this Schedule H applicable to this Subcontract, the term "Contractor" shall mean Subcontractor; the term "Subcontractor" shall mean Lower-tier Subcontractor; the term "Contract" shall mean this Subcontract; and the terms "Government," "Contracting Officer," and equivalent phrases shall mean SBBI. However, the terms "Government" and "Contracting Officer" do not change (1) in the phrases "Government Property," "Government-Owned Property," "Government Equipment," "Government-Furnished Property," and "Government-Owned Equipment;" (2) when a right, act, authorization, or obligation can be granted or performed only by the Government or the Prime Contract Contracting Officer or his duly authorized representative; (3) when access to proprietary financial information or other proprietary data is required; (4) when title to property is to be transferred directly to the Government; (5) where specifically modified as noted below; and (6) in FAR's 52.215-2, 52.227-1, and 52.227-2.

Clauses Applicable to All Orders or Subcontract may be seen at http://farsite.Hil.af.mil/VFFARa.httn. FEDERAL ACQUISITION REGULATION CONTRACT CLAUSES

31. **MISCELLANEOUS:**

   a. All matters relating to the validity, performance, or interpretation of this Subcontract shall be governed by the law applicable to the validity, performance, or interpretation as the case may be, of the Contract.

   b. This Subcontract, including the documents incorporated herein by reference, embodies the entire agreement of the parties and supersedes all prior negotiations, agreements and understandings relating to the subject matter thereof.

   c. This Subcontract may not be changed in any way except as provided herein or by a writing signed by a duly authorized officer or agent of each party.  No requirement of this Subcontract may be waived except in writing signed by a duly authorized officer of the waiving party.

   d. The provisions of this Subcontract, the proposal submitted by the Subcontractor, the Contract Documents, the most recent COE EM385 safety manual and the OSHA regulations are intended to supplement and complement each other if, however, any provision of this Subcontract irreconcilably conflicts with a provision of the above documents, the provision imposing the  greater duty on the Subcontractor shall govern.

IN WITNESS WHEREOF, the parties have duly executed this Subcontract as of the date first above written.

| SBBI, Inc. | | Durham Stabilization, Inc |
|---|---|---|
| Name | _Deborah Echeverria_ | Name |
| Printed Name | Deborah Echeverria Fain | Printed Name _Sharon Greenbacks_ |
| Title | President | Title _President_ |
| Date | _06/17/14_ | Date _06/09/2014_ |

SCHEDULE A

**WORK:** Pursuant to paragraph 1 of the Subcontract, Subcontractor shall perform and complete the following work.

JUN 16 2014

* Scope of Work:  Furnish and Provide specified stabilizing agent(s): provide supply tankers for the distribution of the stabilizing agent(s); CMI RS 650 recycling machine(s), and water trucks to construct the EMULSIFIED ASPHALT TREATED AGGREGATE BASE as defined in Contract No. AZ FLAP 249(1) - THREE FORKS ROAD.

  Bond will be at 1% and will be paid upon receipt from Bonding Agency

* Exclusions:  Aggregate base, testing, traffic control, delineation, signage, markers, provisions for maintaining traffic either vehicular or pedestrian, staking, shaping or grading, rocks or solids larger than 2 ½ inches in any dimension shall be removed and disposed of by others, placement of treated or untreated material, curing, curing seal, finishing the recycled material, fees, permits and notifications, development of storm water pollution prevention programs, utility location, bonds, construction water.

All work shall be in compliance with project plans, specifications, standard construction practices, contract documents, Federal, State, and Local codes and regulations, and Manufacturer's recommendations.

**Project includes submitting weekly certified payroll and compliance with base safety requirements.**

Written prior approval must be obtained before proceeding with any additional work in strict accordance with specifications and contract documents, Federal, State, and Local codes and regulations, and Manufacturer's recommendations.

This work also includes coordination with other trades, and quality control. The Subcontractor must provide submittals (8 each) for this section for government review and approval, close-out documents with certifications, warranties, as-built drawings, and O&M Manuals (5 each) as applicable per contract requirements.

Subcontractor shall maintain supervision on site during the time his work is in progress.  Subcontractor acknowledges the wage scale determination for this project and will comply in strict accordance with all necessary documentation concerning weekly labor reports within 5 days of the labor as it is performed. (Daily labor force reports shall be submitted to SBBI's field office by the close of business each day.)

This project falls under the "Buy American Act."  Subcontractor shall be responsible for assuring that all lower tier subcontracts and vendors conform.  Subcontractor shall be responsible for any temporary protection of subcontractor furnished materials

Subcontractor will be responsible for the as-built drawings, and warranty certificates required under the contract documents for the above, referenced work.  Any delay in providing such may cause the government to withhold payment for subcontractors work.

Subcontractor shall invoice contractor on a monthly basis using the Payment Request Template (attached).  Follow instructions in Table 2 (cover letter) for submitting Payment Request Template.  Invoices shall be based on the approved schedule of values (Schedule C).

**SCHEDULE B**

JUN 16 2014

**CONTRACT DOCUMENTS:** Subcontractor acknowledges that the contract documents for the project have been thoroughly reviewed. The Contract Documents referred to in paragraph 1, and elsewhere in this Subcontract, consist of both the General Contract between the Prime Contractor and the Owner and the Subcontract between Prime Contractor and Subcontractor. The Contract Documents, pertaining to subject contract, include, but are not limited to, the following:

* Plans
* Specifications
* Subcontract documents
* Amendments
* Questions and Answers (Q&A)
* Drawings



SCHEDULE C

**SUPPLEMENTAL PRICE SCHEDULE:** Listed below is the Subcontractor's "Schedule of Values" for use in determining monthly progress payments. Any changes pursuant to this Subcontract will be made in accordance with the plans and specifications.

| Item No | Item Description | SBBI Cost Code | Cost Code Description | Qty | UOM | Unit Price | Total Amt |
|---|---|---|---|---|---|---|---|
| | Durham Stabilization, Inc - Schedule of Values | | | | | | |
| 1 | A0340 Emulsified Asphalt, Grade CSS-1 | 02-724 | Emlsfied Asph, Grade Css-1 | 1,310.00 | Ton | 700.00 | $917,000.00 |
| 2 | A0320 Emulsified Asphalt Treated Aggregate Base | 02-725 | Emlsfied Asph Trt Agg Base, Gr | 66,800.00 | Ton | 10.54 | $ 704,072.00 |
| 3 | Bond Allocation - Emulsified Asphalt, Grade CCA-1 | 02-724 | Emlsfied Asph, Grade Css-1 | 1.00 | LS | 9,170.00 | $   9,170.00 |
| 4 | Bond Allocation - Emulsified Asphalt, Treated Aggregate Base | 02-725 | Emlsfied Asph Trt Agg Base, Gr | 1.00 | LS | 7,040.72 | $   7,040.72 |
| | | | | | | Grand Total | $1,637,282.72 |

## SCHEDULE D

**PERFORMANCE SCHEDULE:** Pursuant to paragraph 5 of this Subcontract and without limiting the provisions thereof, Subcontractor shall perform the Work and its several parts in strict cooperation the Contractors' site management staff. Any delays incurred resulting from Subcontractor negligence or noncompliance will be subject to paragraph 6, extensions of time and paragraph 25, default.

The work under this subcontract will be completed in a timeframe and according to a mutually agreed upon project schedule and receipt of a "Notice to Proceed". Any additional time granted by the Government under the Contract Documents which have been reviewed by the Subcontractor will be similarly granted to subcontractor if appropriate.

## SCHEDULE E

JUN 16 2014

**INSURANCE:** Pursuant to paragraph 10 of this Subcontract, Subcontractor shall maintain at least the following insurance coverage in addition to any other coverage or any greater limits required by the Contract Documents:

The Subcontractor shall, at its own expense, provide and maintain during the entire performance of this contract, at least the kinds and minimum amounts of insurance listed below.

Before commencing work under this contract, the Subcontractor shall notify the Contractor in writing that the required insurance has been obtained. The policies evidencing required insurance shall contain an endorsement to the effect that any cancellation or any material change adversely affecting the Contractor's interest shall not be effective -
(1) For such period as the laws of the State in which this contract is to be performed prescribe; or
(2) Until 30 days after the insurer of the Subcontractor gives written notice to the Contractor, whichever period is longer.

The Subcontractor shall indemnify and hold harmless the Contractor, its employees, and its consultants from suits; actions; or claims brought for injuries or damage received or sustained by any person, persons, or property resulting from the construction operations or arising out of the negligent performance of the Subcontract.

Subcontractor shall procure and maintain until final acceptance of the Subcontract, liability insurance of the types and limits as specified below. The Subcontractor shall obtain insurance from companies authorized to do business in the appropriate state.

The insurance shall cover all operations under the contract whether performed by the Subcontractor or by the Subcontractor's subcontractors.

Insurance coverage in the minimum amounts set forth below shall not relieve the Subcontractor of liability in excess of coverage.

Insurance Requirements:
(a)        Worker's compensation insurance - Minimum required by law.

(b) Comprehensive or commercial general liability insurance:
        (1) Personal injury and property damage coverage;
        (2) Contractual liability coverage;
        (3) Completed operations liability coverage;
        (4) $1,000,000 combined single limit for each occurrence; and
        (5) $2,000,000 general aggregate limit

(c) Automobile liability insurance - $1,000,000 combined single limit for each occurrence.

SCHEDULE F

**TEMPORARY FACILITIES:**  Temporary site facilities by SBBI, Inc. shall include toilet, water necessary for construction, telephone (for SBBI, Inc. use), and utilities.

JUN 16 2014

SCHEDULE G

52.222-54 – Employment Eligibility Verification
Employment Eligibility Verification (Jan 2009)

(a) *Definitions.* As used in this clause—
"Commercially available off-the-shelf (COTS) item"—
    (1) Means any item of supply that is—
(i) A commercial item (as defined in paragraph (1) of the definition at 2.101);
    (ii) Sold in substantial quantities in the commercial marketplace; and
(iii) Offered to the Government, without modification, in the same form in which it is sold in the commercial marketplace; and
    (2) Does not include bulk cargo, as defined in section 3 of the Shipping Act of 1984 (46 U.S.C. App. 1702), such as agricultural products and petroleum products. Per 46 CFR 525.1(c)(2), "bulk cargo" means cargo that is loaded and carried in bulk onboard ship without mark or count, in a loose unpackaged form, having homogenous characteristics. Bulk cargo loaded into intermodal equipment, except LASH or Seabee barges, is subject to mark and count and, therefore, ceases to be bulk cargo.
    "Employee assigned to the contract" means an employee who was hired after November 6, 1986, who is directly performing work, in the United States, under a contract that is required to include the clause prescribed at 22.1803. An employee is not considered to be directly performing work under a contract if the employee—
    (1) Normally performs support work, such as indirect or overhead functions; and
    (2) Does not perform any substantial duties applicable to the contract.
    "Subcontract" means any contract, as defined in 2.101, entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract. It includes but is not limited to purchase orders, and changes and modifications to purchase orders.
    "Subcontractor" means any supplier, distributor, vendor, or firm that furnishes supplies or services to or for a prime Contractor or another subcontractor.
    "United States," as defined in 8 U.S.C. 1101(a)(38), means the 50 States, the District of Columbia, Puerto Rico, Guam, and the U.S. Virgin Islands.
(b) *Enrollment and verification requirements.*
    (1) If the Contractor is not enrolled as a Federal Contractor in E-Verify at time of contract award, the Contractor shall—
    (i) *Enroll.* Enroll as a Federal Contractor in the E-Verify program within 30 calendar days of contract award;
    (ii) *Verify all new employees.* Within 90 calendar days of enrollment in the E-Verify program, begin to use E-Verify to initiate verification of employment eligibility of all new hires of the Contractor, who are working in the United States, whether or not assigned to the contract, within 3 business days after the date of hire (but see paragraph (b)(3) of this section); and
    (iii) *Verify employees assigned to the contract.* For each employee assigned to the contract, initiate verification within 90 calendar days after date of enrollment or within 30 calendar days of the employee's assignment to the contract, whichever date is later (but see paragraph (b)(4) of this section).
    (2) If the Contractor is enrolled as a Federal Contractor in E-Verify at time of contract award, the Contractor shall use E-Verify to initiate verification of employment eligibility of—
    (i) *All new employees.*
    (A) *Enrolled 90 calendar days or more.* The Contractor shall initiate verification of all new hires of the Contractor, who are working in the United States, whether or not assigned to the contract, within 3 business days after the date of hire (but see paragraph (b)(3) of this section); or
    (B) *Enrolled less than 90 calendar days.* Within 90 calendar days after enrollment as a Federal Contractor in E-Verify, the Contractor shall initiate verification of all new hires of the Contractor, who are working in the United States, whether or not assigned to the contract, within 3 business days after the date of hire (but see paragraph (b)(3) of this section ); or
    (ii) *Employees assigned to the contract.* For each employee assigned to the contract, the Contractor shall initiate verification within 90 calendar days after date of contract award or within 30 days after assignment to the contract, whichever date is later (but see paragraph (b)(4) of this section).
    (3) If the Contractor is an institution of higher education [as defined at 20 U.S.C. 1001(a)]; a State or local government or the government of a Federally recognized Indian tribe; or a surety performing under a takeover agreement entered into with a Federal agency pursuant to a performance bond, the Contractor may choose to verify only employees assigned to the contract, whether existing employees or new hires. The Contractor shall follow the applicable verification requirements at (b)(1) or (b)(2), respectively, except that any requirement for verification of new employees applies only to new employees assigned to the contract.
    (4) *Option to verify employment eligibility of all employees.* The Contractor may elect to verify all existing employees hired after November 6, 1986, rather than just those employees assigned to the contract. The Contractor shall initiate verification for each existing employee working in the United States who was hired after November 6, 1986, within 180 calendar days of—
    (i) Enrollment in the E-Verify program; or
    (ii) Notification to E-Verify Operations of the Contractor's decision to exercise this option, using the contact information provided in the E-Verify program Memorandum of Understanding (MOU).
    (5) The Contractor shall comply, for the period of performance of this contract, with the requirement of the E-Verify program MOU.

(i) The Department of Homeland Security (DHS) or the Social Security Administration (SSA) may terminate the Contractor's MOU and deny access to the E-Verify system in accordance with the terms of the MOU. In such case, the Contractor will be referred to a suspension or debarment official.

(ii) During the period between termination of the MOU and a decision by the suspension or debarment official whether to suspend or debar, the Contractor is excused from its obligations under paragraph (b) of this clause. If the suspension or debarment official determines not to suspend or debar the Contractor, then the Contractor must reenroll in E-Verify.

(c) *Web site.* Information on registration for and use of the E-Verify program can be obtained via the Internet at the Department of Homeland Security Web site: http://www.dhs.gov/E-Verify.

(d) *Individuals previously verified.* The Contractor is not required by this clause to perform additional employment verification using E-Verify for any employee—

(1) Whose employment eligibility was previously verified by the Contractor through the E-Verify program;

(2) Who has been granted and holds an active U.S. Government security clearance for access to confidential, secret, or top secret information in accordance with the National Industrial Security Program Operating Manual; or

(3) Who has undergone a completed background investigation and been issued credentials pursuant to Homeland Security Presidential Directive (HSPD) -12, Policy for a Common Identification Standard for Federal Employees and Contractors.

(e) *Subcontracts.* The contractor shall include the requirements of this clause, including this paragraph (e) (appropriately modified for identification of the parties), in each subcontract that—

(1) *Is for*—

(i) Commercial or noncommercial services (except for commercial services that are part of the purchase of a COTS item (or an item that would be a COTS item, but for minor modifications), performed by the COTS provider, and are normally provided for that COTS item); or

(ii) Construction;

(2) Has a value of more than $3,000; and

(3) Includes work performed in the United States.

(End of Clause)

JUN 16 2014

## SCHEDULE H

### FARs Incorporated by Reference

52.202-1 Definitions. (JAN 2012)

52.203-3 Gratuities. (APR 1984)

52.203-5 Covenant Against Contingent Fees. (APR 1984)

JUN 1 6 2014

52.203-7 Anti-Kickback Procedures. (OCT 2010)

52.203-8 Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity. (JAN 1997)

52.203-10 Price or Fee Adjustment for Illegal or Improper Activity. (JAN 1997)

52.203-12 Limitation on Payments to Influence Certain Federal Transactions. (OCT 2010)

52.203-13 Contractor Code of Business Ethics and Conduct. (APR 2010)
(a) Definitions. As used in this clause--
"Agent" means any individual, including a director, an officer, an employee, or an independent Contractor, authorized to act on behalf of the organization.

"Full cooperation"
(1) Means disclosure to the Government of the information sufficient for law enforcement to identify the nature and extent of the offense and the individuals responsible for the conduct. It includes providing timely and complete response to Government auditors' and investigators' request for documents and access to employees with information;

(2) Does not foreclose any Contractor rights arising in law, the FAR, or the terms of the contract. It does not require—

(i) A Contractor to waive its attorney-client privilege or the protections afforded by the attorney work product doctrine; or

(ii) Any officer, director, owner, or employee of the Contractor, including a sole proprietor, to waive his or her attorney client privilege or Fifth Amendment rights; and

(3) Does not restrict a Contractor from--
(i) Conducting an internal investigation; or

(ii) Defending a proceeding or dispute arising under the contract or related to a potential or disclosed violation.

"Principal" means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a division or business segment; and similar positions).

"Subcontract" means any contract entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract.

"Subcontractor" means any supplier, distributor, vendor, or firm that furnished supplies or services to or for a prime contractor or another subcontractor.
"United States" means the 50 States, the District of Columbia, and outlying areas.

(b) Code of business ethics and conduct. (1) Within 30 days after contract award, unless the Contracting Officer establishes a longer time period, the Contractor shall--

(i) Have a written code of business ethics and conduct;

(ii) Make a copy of the code available to each employee engaged in performance of the contract.

(2) The Contractor shall--

(i) Exercise due diligence to prevent and detect criminal conduct; and

(ii) Otherwise promote an organizational culture that encourages ethical conduct and a commitment to compliance with the law.

(3)(i) The Contractor shall timely disclose, in writing, to the agency Office of the Inspector General (OIG), with a copy to the Contracting Officer, whenever, in connection with the award, performance, or closeout of this contract or any subcontract thereunder, the Contractor has credible evidence that a principal, employee, agent, or subcontractor of the Contractor has committed--

(A) A violation of Federal criminal law involving fraud, conflict of interest, bribery, or gratuity violations found in Title 18 of the United States Code; or

(B) A violation of the civil False Claims Act (31 U.S.C.3729-3733).

(ii) The Government, to the extent permitted by law and regulation, will safeguard and treat information obtained pursuant to the Contractor's disclosure as confidential where the information has been marked "confidential" or "proprietary" by the company. To the extent permitted by law and regulation, such information will not be released by the Government to the public pursuant to a Freedom of Information Act request, 5 U.S.C. Section 552, without prior notification to the Contractor. The Government may transfer documents provided by the Contractor to any department or agency within the Executive Branch if the information relates to matters within the organization's jurisdiction.

(iii) If the violation relates to an order against a Government wide acquisition contract, a multi-agency contract, a multiple-award schedule contract such as the Federal Supply Schedule, or any other procurement instrument intended for use by multiple agencies, the Contractor shall notify the OIG of the ordering agency and the IG of the agency responsible for the basic contract.

(c) Business ethics awareness and compliance program and internal control system. This paragraph (c) does not apply if the Contractor has represented itself as a small business concern pursuant to the award of this contract or if this contract is for the acquisition of a commercial item as defined at FAR 2.101. The Contractor shall establish the following within 90 days after contract award, unless the Contracting Officer establishes a longer time period:

(1) An ongoing business ethics awareness and compliance program.

(i) This program shall include reasonable steps to communicate periodically and in a practical manner the Contractor's standards and procedures and other aspects of the Contractor's business ethics awareness and compliance program and internal control system, by conducting effective training programs and otherwise disseminating information appropriate to an individual's respective roles and responsibilities.

(ii) The training conducted under this program shall be provided to the Contractor's principals and employees, and as appropriate, the Contractor's agents and subcontractors.

(2) An internal control system.

(i) The Contractor's internal control system shall--

(A) Establish standards and procedures to facilitate timely discovery of improper conduct in connection with Government contracts; and

(B) Ensure corrective measures are promptly instituted and carried out.

(ii) At a minimum, the Contractor's internal control system shall provide for the following:

(A) Assignment of responsibility at a sufficiently high level and adequate resources to ensure effectiveness of the business ethics awareness and compliance program and internal control system.

(B) Reasonable efforts not to include an individual as a principal, whom due diligence would have exposed as having engaged in conduct that is in conflict with the Contractor's code of business ethics and conduct.

(C) Periodic reviews of company business practices, procedures, policies, and internal controls for compliance with the Contractor's code of business ethics and conduct and the special requirements of Government contracting, including—

(1) Monitoring and auditing to detect criminal conduct;



(2) Periodic evaluation of the effectiveness of the business ethics awareness and compliance program and internal control system, especially if criminal conduct has been detected; and

(3) Periodic assessment of the risk of criminal conduct, with appropriate steps to design, implement, or modify the business ethics awareness and compliance program and the internal control system as necessary to reduce the risk of criminal conduct identified through this process.

(D) An internal reporting mechanism, such as a hotline, which allows for anonymity or confidentiality, by which employees may report suspected instances of improper conduct, and instructions that encourage employees to make such reports.

(E) Disciplinary action for improper conduct or for failing to take reasonable steps to prevent or detect improper conduct.

(F) Timely disclosure, in writing, to the agency OIG, with a copy to the Contracting Officer, whenever, in connection with the award, performance, or closeout of any Government contract performed by the Contractor or a subcontractor thereunder, the Contractor has credible evidence that a principal, employee, agent, or subcontractor of the Contractor has committed a violation of Federal criminal law involving fraud, conflict of interest, bribery, or gratuity violations found in Title 18 U.S.C. or a violation of the civil False Claims Act (31 U.S.C. 3729-3733).

(1) If a violation relates to more than one Government contract, the Contractor may make the disclosure to the agency OIG and Contracting Officer responsible for the largest dollar value contract impacted by the violation.

(2) If the violation relates to an order against a Government wide acquisition contract, a multi-agency contract, a multiple-award schedule contract such as the Federal Supply Schedule, or any other procurement instrument intended for use by multiple agencies, the contractor shall notify the OIG of the ordering agency and the IG of the agency responsible for the basic contract, and the respective agencies' contracting officers.

(3) The disclosure requirement for an individual contract continues until at least 3 years after final payment on the contract.

(4) The Government will safeguard such disclosures in accordance with paragraph (b)(3)(ii) of this clause.

(G) Full cooperation with any Government agencies responsible for audits, investigations, or corrective actions.

(d) Subcontracts.
(1) The Contractor shall include the substance of this clause, including this paragraph (d), in subcontracts that have a value in excess of $5,000,000 and a performance period of more than 120 days.

(2) In altering this clause to identify the appropriate parties, all disclosures of violation of the civil False Claims Act or of Federal criminal law shall be directed to the agency Office of the Inspector General, with a copy to the Contracting Officer.

(End of clause)

52.204-4 Printed or Copied Double-Sided on Postconsumer Fiber Content Paper. (May 2011)

52.204-7 Central Contractor Registration. (DEC 2012)

52.204-10 Reporting Executive Compensation and First-Tier Subcontract Awards.(AUG 2012)
(a) Definitions. As used in this clause:

Executive means officers, managing partners, or any other employees in management positions.

First-tier subcontract means a subcontract awarded directly by the Contractor for the purpose of acquiring supplies or services (including construction) for performance of a prime contract. It does not include the Contractor's supplier agreements with vendors, such as long-term arrangements for materials or supplies that benefit multiple contracts and/or the costs of which are normally applied to a Contractor's general and administrative expenses or indirect costs.

Month of award means the month in which a contract is signed by the Contracting Officer or the month in which a first-tier subcontract is signed by the Contractor.

Total compensation means the cash and noncash dollar value earned by the executive during the Contractor's preceding fiscal year and includes the following (for more information see 17 CFR 229.402(c)(2)):

(1) Salary and bonus.

(2) Awards of stock, stock options, and stock appreciation rights. Use the dollar amount recognized for financial statement reporting purposes with respect to the fiscal year in accordance with the Financial Accounting Standards Board's Accounting Standards Codification (FASB ASC) 718, Compensation-Stock Compensation.

(3) Earnings for services under non-equity incentive plans. This does not include group life, health, hospitalization or medical reimbursement plans that do not discriminate in favor of executives, and are available generally to all salaried employees.

(4) Change in pension value. This is the change in present value of defined benefit and actuarial pension plans.

JUN 16 2014

(5) Above-market earnings on deferred compensation which is not tax-qualified.
(6) Other compensation, if the aggregate value of all such other compensation (e.g., severance, termination payments, value of life insurance paid on behalf of the employee, perquisites or property) for the executive exceeds $10,000.

(b) Section 2(d)(2) of the Federal Funding Accountability and Transparency Act of 2006 (Pub. L. 109-282), as amended by section 6202 of the Government Funding Transparency Act of 2008 (Pub. L. 110-252), requires the Contractor to report information on subcontract awards. The law requires all reported information be made public, therefore, the Contractor is responsible for notifying its subcontractors that the required information will be made public.

(c) Nothing in this clause requires the disclosure of classified information.

(d)(1) Executive compensation of the prime contractor. As a part of its annual registration requirement in the Central Contractor Registration (CCR) database (FAR clause 52.204-7), the Contractor shall report the names and total compensation of each of the five most highly compensated executives for its preceding completed fiscal year, if-

(i) In the Contractor's preceding fiscal year, the Contractor received- (A) 80 percent or more of its annual gross revenues from Federal contracts (and subcontracts), loans, grants (and subgrants), cooperative agreements, and other forms of Federal financial assistance; and

(B) $25,000,000 or more in annual gross revenues from Federal contracts (and subcontracts), loans, grants (and subgrants), cooperative agreements, and other forms of Federal financial assistance; and

(ii) The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings athttp://www.sec.gov/answers/execomp.htm.).

(2) First-tier subcontract information. Unless otherwise directed by the contracting officer, or as provided in paragraph (h) of this clause, by the end of the month following the month of award of a first-tier subcontract with a value of $25,000 or more, the Contractor shall report the following information at http://www.fsrs.gov for that first-tier subcontract. (The Contractor shall follow the instructions at http://www.fsrs.gov to report the data.)

(i) Unique identifier (DUNS Number) for the subcontractor receiving the award and for the subcontractor's parent company, if the subcontractor has a parent company.

(ii) Name of the subcontractor.

(iii) Amount of the subcontract award.

(iv) Date of the subcontract award.

(v) A description of the products or services (including construction) being provided under the subcontract, including the overall purpose and expected outcomes or results of the subcontract.

(vi) Subcontract number (the subcontract number assigned by the Contractor).

(vii) Subcontractor's physical address including street address, city, state, and country. Also include the nine-digit zip code and Congressional district.

(viii) Subcontractor's primary performance location including street address, city, state, and country. Also include the nine-digit zip code and congressional district.

(ix) The prime contract number, and order number if applicable.

(x) Awarding agency name and code.

(xi) Funding agency name and code.

(xii) Government contracting office code.

(xiii) Treasury account symbol (TAS) as reported in FPDS.

(xiv) The applicable North American Industry Classification System code (NAICS).

(3) Executive compensation of the first-tier subcontractor. Unless otherwise directed by the Contracting Officer, by the end of the month following the month of award of a first-tier subcontract with a value of $25,000 or more, and annually thereafter (calculated from the prime contract award date), the Contractor shall report the names and total compensation of each of the five most highly compensated executives for that first-tier subcontractor for the first-tier subcontractor's preceding completed fiscal year at http://www.fsrs.gov, if-

(i) In the subcontractor's preceding fiscal year, the subcontractor received-

(A) 80 percent or more of its annual gross revenues from Federal contracts (and subcontracts), loans, grants (and subgrants), cooperative agreements, and other forms of Federal financial assistance; and

(B) $25,000,000 or more in annual gross revenues from Federal contracts (and subcontracts), loans, grants (and subgrants), cooperative agreements, and other forms of Federal financial assistance; and

(ii) The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

(e) The Contractor shall not split or break down first-tier subcontract awards to a value less than $25,000 to avoid the reporting requirements in paragraph(d).

(f) The Contractor is required to report information on a first-tier subcontract covered by paragraph (d) when the subcontract is awarded. Continued reporting on the same subcontract is not required unless one of the reported data elements changes during the performance of the subcontract. The Contractor is not required to make further reports after the first-tier subcontract expires.
(g)(1) If the Contractor in the previous tax year had gross income, from all sources, under $300,000, the Contractor is exempt from the requirement to report subcontractor awards.

(2) If a subcontractor in the previous tax year had gross income from all sources under $300,000, the Contractor does not need to report awards for that subcontractor.

(h) The FSRS database at http://www.fsrs.gov will be prepopulated with some information from CCR and FPDS databases. If FPDS information is incorrect, the contractor should notify the contracting officer. If the CCR database information is incorrect, the contractor is responsible for correcting this information.

(End of clause)

52.209-6 Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (DEC 2010)

52.211-10 Commencement, Prosecution, and Completion of Work. (APR 1984) --

The Contractor shall be required to (a) commence work under this contract within ten (10) calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than {Refer to Subsection 108.01 of the SCRs). The time stated for completion shall include final cleanup of the premises.

(End of clause)

52.211-12 Liquidated Damages - Construction. (SEP 2000)

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of (see FP-03 section 108) for each calendar day of delay until the work is completed or accepted.

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(End of clause)

52.211-13 Time Extensions. (SEP 2000)

52.211-18 Variation in Estimated Quantity. (APR 1984)

JUN 16 2014

52.214-26 Audit and Records - Sealed Bidding. (OCT 2010)

52.214-27 Price Reduction for Defective Certified Cost or Pricing Data - Modifications - Sealed Bidding. (AUG 2011)

52.214-28 Subcontractor Certified Cost or Pricing Data - Modifications – Sealed Bidding. (OCT 2010)

52.215-21 Requirements for Certified Cost or Pricing Data and Data Other Than Certified Cost or Pricing Data - Modifications. (OCT 2010)

52.219-8 Utilization of Small Business Concerns. (JAN 2011)

52.219-9 Small Business Subcontracting Plan. (JAN 2011) - Alternate I (OCT 2001)

52.219-16 Liquidated Damages - Subcontracting Plan. (JAN 1999)

52.219-28 Post-Award Small Business Program Representation. (APR 2012)

(a) Definitions. As used in this clause -
"Long-term contract" means a contract of more than five years in duration, including options. However, the term does not include contracts that exceed five years in duration because the period of performance has been extended for a cumulative period not to exceed six months under the clause at 52.217-8, Option to Extend Services, or other appropriate authority.

"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and the size standard in paragraph (c) of this clause. Such a concern is "not dominant in its field of operation" when it does not exercise a controlling or major influence on a national basis in a kind of business activity in which a number of business concerns are primarily engaged. In determining whether dominance exists, consideration shall be given to all appropriate factors, including volume of business, number of employees, financial resources, competitive status or position, ownership or control of materials, processes, patents, license agreements, facilities, sales territory, and nature of business activity.

(b) If the Contractor represented that it was a small business concern prior to award of this contract, the Contractor shall rerepresent its size status according to paragraph (e) of this clause or, if applicable, paragraph (g) of this clause, upon the occurrence of any of the following:

(1) Within 30 days after execution of a novation agreement or within 30 days after modification of the contract to include this clause, if the novation agreement was executed prior to inclusion of this clause in the contract.

(2) Within 30 days after a merger or acquisition that does not require a novation or within 30 days after modification of the contract to include this clause, if the merger or acquisition occurred prior to inclusion of this clause in the contract.

(3) For long-term contracts -

(i) Within 60 to 120 days prior to the end of the fifth year of the contract; and

(ii) Within 60 to 120 days prior to the date specified in the contract for exercising any option thereafter.

SBBI, Inc. | DTFH68-14-C-00025 | Durham Stabilization, Inc | 3F-DOT-001

DE
SBBI Initials


Sub Initials

(c) The Contractor shall rerepresent its size status in accordance with the size standard in effect at the time of this rerepresentation that corresponds to the North American Industry Classification System (NAICS) code assigned to this contract. The small business size standard corresponding to this NAICS code can be found at http://www.sba.gov/content/table-small-business-size-standards.

(d) The small business size standard for a Contractor providing a product which it does not manufacture itself, for a contract other than a construction or service contract, is 500 employees.

(e) Except as provided in paragraph (g) of this clause, the Contractor shall make the rerepresentation required by paragraph (b) of this clause by validating or updating all its representations in the Online Representations and Certifications Application and its data in the Central Contractor Registration, as necessary, to ensure that they reflect the Contractor's current status. The Contractor shall notify the contracting office in writing within the timeframes specified in paragraph (b) of this clause that the data have been validated or updated, and provide the date of the validation or update.

(f) If the Contractor represented that it was other than a small business concern prior to award of this contract, the Contractor may, but is not required to, take the actions required by paragraphs (e) or (g) of this clause.

(g) If the Contractor does not have representations and certifications in ORCA, or does not have a representation in ORCA for the NAICS code applicable to this contract, the Contractor is required to complete the following rerepresentation and submit it to the contracting office, along with the contract number and the date on which the rerepresentation was completed:
The Contractor represents that it ___ is, ___ is not a small business concern under NAICS Code [insert NAICS Code] assigned to contract number [insert contract number]. (Contractor to sign and date and insert authorized signer's name and title).

(End of clause)

52.222-1 Notice to the Government of Labor Disputes. (FEB 1997)

52.222-3 Convict Labor. (JUN 2003)

52.222-4 Contract Work Hours and Safety Standards Act - Overtime Compensation. (JUL 2005)

52.222-6 Davis-Bacon Act. (JUL 2005)

52.222-7 Withholding of Funds. (FEB 1988)

52.222-8 Payrolls and Basic Records. (JUN 2010)

52.222-9 Apprentices and Trainees. (JUL 2005)

52.222-10 Compliance with Copeland Act Requirements. (FEB 1988)

52.222-11 Subcontracts (Labor Standards). (JUL 2005)

52.222-12 Contract Termination - Debarment. (FEB 1988)

52.222-13 Compliance with Davis-Bacon and Related Act Regulations. (FEB 1988)

52.222-14 Disputes Concerning Labor Standards. (FEB 1988)

52.222-15 Certification of Eligibility. (FEB 1988)

52.222-21 Prohibition of Segregated Facilities. (FEB 1999)

52.222-26 Equal Opportunity. (MAR 2007)

52.222-27 Affirmative Action Compliance Requirements for Construction. (FEB 1999)

52.222-35 Equal Opportunity for Veterans. (SEP 2010)

52.222-36 Affirmative Action for Workers with Disabilities. (OCT 2010)



52.222-37 Employment Reports on Veterans. (SEP 2010)

52.222-50 Combating Trafficking in Persons. (FEB 2009)

52.222-54 Employment Eligibility Verification. (JUL 2012)

JUN 16 2014

52.223-3 Hazardous Material Identification and Material Safety Data. (JAN 1997)

52.223-5 Pollution Prevention and Right-to-Know Information. (MAY 2011)

52.223-6 Drug-Free Workplace. (MAY 2001)

52.223-18 Encouraging Contractor Policies to Ban Text Messaging While Driving. (AUG 2011)

52.224-1 Privacy Act Notification. (APR 1984)

52.224-2 Privacy Act. (APR 1984)

52.225-11 Buy American Act - Construction Materials Under Trade Agreements (NOV 2013)

(a) Definitions. As used in this clause--

"Caribbean Basin country construction material" means a construction material that--

(1) Is wholly the growth, product, or manufacture of a Caribbean Basin country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a Caribbean Basin country into a new and different construction material distinct from the materials from which it was transformed.

"Commercially available off-the-shelf (COTS) item"—
(1) Means any item of supply (including construction material) that is—

(i) A commercial item (as defined in paragraph (1) of the definition at FAR 2.101);

(ii) Sold in substantial quantities in the commercial marketplace; and

(iii) Offered to the Government, under a contract or subcontract at any tier, without modification, in the same form in which it is sold in the commercial marketplace; and

(2) Does not include bulk cargo, as defined in section 3 of the Shipping Act of 1984 (46 U.S.C. App. 1702), such as agricultural products and petroleum products.

"Component" means an article, material, or supply incorporated directly into a construction material.

"Construction material" means an article, material, or supply brought to the construction site by the Contractor or subcontractor for incorporation into the building or work. The term also includes an item brought to the site preassembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction material.

"Cost of components" means--

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the construction material (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the construction material.

'Designated country' means any of the following countries:

(1) A World Trade Organization Government Procurement Agreement country (Armenia, Aruba, Austria, Belgium, Bulgaria, Canada, Croatia, Cyprus, Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hong Kong, Hungary, Iceland Ireland, Israel, Italy, Japan, Korea (Republic of), Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Netherlands, Norway, Poland, Portugal, Romania, Singapore, Slovak Republic, Slovenia, Spain, Sweden, Switzerland, Taiwan, or United Kingdom);

(2) A Free Trade Agreement country (Australia, Bahrain, Canada, Chile, Colombia, Costa Rica, Dominican Republic, El Salvador, Guatemala, Honduras, Korea (Republic of), Mexico, Morocco, Nicaragua, Oman, Panama, Peru, or Singapore);

(3) A least developed country (Afghanistan, Angola, Bangladesh, Benin, Bhutan, Burkina Faso, Burundi, Cambodia Central African Republic, Chad, Comoros, Democratic Republic of Congo, Djibouti, Equatorial Guinea, Eritrea, Ethiopia, Gambia, Guinea, Guinea-Bissau, Haiti, Kiribati, Laos, Lesotho, Liberia, Madagascar, Malawi, Mali, Mauritania, Mozambique, Nepal, Niger, Rwanda, Samoa, Sao Tome and Principe, Senegal, Sierra Leone, Solomon Islands, Somalia, South Sudan, Tanzania, Timor-Leste, Togo, Tuvalu, Uganda, Vanuatu, Yemen, or Zambia); or

(4) A Caribbean Basin country (Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, Bonaire, British Virgin Islands, Curacao, Dominica, Grenada, Guyana, Haiti, Jamaica, Montserrat, Saba, St. Kitts and Nevis, St. Lucia, St. Vincent and the Grenadines, Sint Eustatius, Sint Maarten, or Trinidad and Tobago).

'Designated country construction material' means a construction material that is a WTO GPA country construction material, an FTA country construction material, a least developed country construction material, or a Caribbean Basin country construction material.

'Domestic construction material' means—
(1) An unmanufactured construction material mined or produced in the United States;

(2) A construction material manufactured in the United States, if—

(i) The cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic; or

(ii) The construction material is a COTS item.

"Free Trade Agreement country construction material" a construction material that—

(1) Is wholly the growth, product, or manufacture of a Free Trade Agreement (FTA) country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a FTA country into a new and different construction material distinct from the materials from which it was transformed.

"Foreign construction material" means a construction material other than a domestic construction material.

"Least developed country construction material" means a construction material that—

(1) Is wholly the growth, product, or manufacture of a least developed country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a least developed country into a new and different construction material distinct from the materials from which it was transformed.

"United States" means the 50 States, the District of Columbia, and outlying areas.

"WTO GPA country construction material" means a construction material that—

(1) Is wholly the growth, product, or manufacture of a WTO GPA country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a WTO GPA country into a new and different construction material distinct from the materials from which it was transformed.

(b) Construction materials.

(1) This clause implements the Buy American Act (41 U.S.C. chapter 83) by providing a preference for domestic construction material. In accordance with 41 U.S.C. 1907, the component test of the Buy American Act is waived for construction material that is a COTS item. (See FAR 12.50-5(a)(2)). In addition, the Contracting Officer has determined that the WTO GPA and Free Trade Agreements (FTAs) apply to this acquisition. Therefore, the Buy American Act restrictions are waived for designated country construction materials.

(2) The Contractor shall use only domestic or designated country construction material in performing this contract, except as provided in paragraphs (b)(3) and (b)(4) of this clause.

(3) The requirement in paragraph (b)(2) of this clause does not apply to information technology that is a commercial item or to the construction materials or components listed by the Government as follows:

NONE

(4) The Contracting Officer may add other foreign construction material to the list in paragraph (b)(3) of this clause if the Government determines that--

(i) The cost of domestic construction material would be unreasonable. The cost of a particular domestic construction material subject to the restrictions of the Buy American Act is unreasonable when the cost of such material exceeds the cost of foreign material by more than 6 percent;

(ii) The application of the restriction of the Buy American Act to a particular construction material would be impracticable or inconsistent with the public interest; or

(iii) The construction material is not mined, produced, or manufactured in the United States in sufficient and reasonably available commercial quantities of a satisfactory quality.

(c) Request for determination of inapplicability of the Buy American Act.
(1)(i) Any Contractor request to use foreign construction material in accordance with paragraph (b)(4) of this clause shall include adequate information for Government evaluation of the request, including---

(A) A description of the foreign and domestic construction materials;

(B) Unit of measure;

(C) Quantity;

(D) Price;

(E) Time of delivery or availability;

(F) Location of the construction project;

(G) Name and address of the proposed supplier; and

(H) A detailed justification of the reason for use of foreign construction materials cited in accordance with paragraph (b)(3) of this clause.

(ii) A request based on unreasonable cost shall include a reasonable survey of the market and a completed price comparison table in the format in paragraph (d) of this clause.

(iii) The price of construction material shall include all delivery costs to the construction site and any applicable duty (whether or not a duty-free certificate may be issued).

(iv) Any Contractor request for a determination submitted after contract award shall explain why the Contractor could not reasonably foresee the need for such determination and could not have requested the determination before contract award. If the Contractor does not submit a satisfactory explanation, the Contracting Officer need not make a determination.

(2) If the Government determines after contract award that an exception to the Buy American Act applies and the Contracting Officer and the Contractor negotiate adequate consideration, the Contracting Officer will modify the contract to allow use of the foreign construction material.

However, when the basis for the exception is the unreasonable price of a domestic construction material, adequate consideration is not less than the differential established in paragraph (b)(4)(i) of this clause.

(3) Unless the Government determines that an exception to the Buy American Act applies, use of foreign construction material is noncompliant with the Buy American Act.

(d) Data. To permit evaluation of requests under paragraph (c) of this clause based on unreasonable cost, the Contractor shall include the following information and any applicable supporting data based on the survey of suppliers:

Foreign and Domestic Construction Materials Price Comparison Construction Material Description Unit of Measure Quantity Price (Dollars)*
Item 1:
Foreign construction material _____ _____ _____
Domestic construction material _____ _____ _____
Item 2:
Foreign construction material _____ _____ _____
Domestic construction material _____ _____ _____
List name, address, telephone number, and contact for suppliers surveyed. Attach copy of response; if oral, attach summary
Include other applicable supporting information.
* Include all delivery costs to the construction site and any applicable duty (whether or not a duty-free entry certificate is issued).

(End of clause)

52.227-1 Authorization and Consent. (DEC 2007)

52.227-2 Notice and Assistance Regarding Patent and Copyright Infringement. (DEC 2007)

52.227-4 Patent Indemnity—Construction Contracts. (DEC 2007)

52.228-2 Additional Bond Security. (OCT 1997)

52.228-5 Insurance - Work on a Government Installation. (JAN 1997)

52.228-11 Pledges of Assets. (JAN 2012)

52.228-12 Prospective Subcontractor Requests for Bonds. (OCT 1995)

52.228-15 Performance and Payment Bonds - Construction. (OCT 2010)

52.229-3 Federal, State, and Local Taxes. (APR 2003)

52.232-5 Payments under Fixed-Price Construction Contracts. (SEP 2002)

52.232-17 Interest. (OCT 2010)

52.232-23 Assignment of Claims. (JAN 1986)

52.232-27 Prompt Payment For Construction Contracts. (OCT 2008)

52.232-33 Payment by Electronic Funds Transfer - Central Contractor Registration.(OCT 2003)

52.233-1 Disputes. (JUL 2002) - Alternate I (DEC 1991)

52.233-3 Protest after Award. (AUG 1996)

52.233-4 Applicable Law for Breach of Contract Claim. (OCT 2004)

52.236-1 Performance of Work by the Contractor. (APR 1984)

The Contractor shall perform on the site, and with its own organization, work equivalent to at least fifty percent (50%) of the total amount of work to be performed under the contract. This percentage may be reduced by a supplemental agreement to this contract if, during performing

the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government.

(End of clause)

52.236-2 Differing Site Conditions. (APR 1984)

52.236-3 Site Investigation and Conditions Affecting the Work. (APR 1984)

52.236-4 Physical Data. (APR 1984)

Data and information furnished or referred to below is for the Contractor's information. The Government shall not be responsible for any interpretation of or conclusion drawn from the data or information by the Contractor.
(a) The indications of physical conditions on the drawings and in the specifications are the result of site investigations by **

(b) Weather conditions Contact National Weather Service

(c) Transportation facilities not applicable

(d) **
**See SF 1442

(End of clause)

52.236-5 Material and Workmanship. (APR 1984)

52.236-6 Superintendence by the Contractor. (APR 1984)

52.236-7 Permits and Responsibilities. (NOV 1991)

52.236-8 Other Contracts. (APR 1984)

52.236-9 Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements. (APR 1984)

52.236-10 Operations and Storage Areas. (APR 1984)

52.236-11 Use and Possession Prior to Completion. (APR 1984)

52.236-12 Cleaning Up. (APR 1984)

52.236-13 Accident Prevention. (NOV 1991)

52.236-15 Schedules for Construction Contracts. (APR 1984)

52.236-17 Layout of Work. (APR 1984)

52.236-21 Specifications and Drawings for Construction. (FEB 1997)

52.236-26 Preconstruction Conference. (FEB 1995)

52.242-13 Bankruptcy. (JUL 1995)

52.242-14 Suspension of Work. (APR 1984)

52.243-4 Changes. (JUN 2007)

52.243-6 Change Order Accounting. (APR 1984)

52.244-6 Subcontracts for Commercial Items. (DEC 2010)

52.245-1 Government Property. (APR 2012)

52.245-9 Use and Charges. (APR 2012)

52.246-12 Inspection of Construction. (APR 1996)

52.248-3 Value Engineering - Construction. (OCT 2010) - Alternate I (APR 1984)

52.249-2 Termination for Convenience of the Government (Fixed-Price). (APR 2012) - Alternate I (SEP 1996)

52.249-10 Default (Fixed-Price Construction). (APR 1984)

JUN 16 2014

52.252-2 Clauses Incorporated by Reference. (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es)·
http://www.acquisition.gov/far

(End of clause)

52.252-4 Alterations in Contract. (APR 1984)

Portions of this contract are altered as follows: NONE

(End of clause)

52.253-1 Computer Generated Forms. (JAN 1991)

1252.223-71 Accident and Fire Reporting (APR 2005)

(a) The Contractor shall report to the Contracting Officer any accident or fire occurring at the site of the work which causes:

(1) A fatality or as much as one lost workday on the part of any employee of the Contractor or subcontractor at any tier;

(2) Damage of $1,000 or more to Government-owned or leased property, either real or personal;

(3) Damage of $1,000 or more to Contractor or subcontractor owned or leased motor vehicles or mobile equipment; or

(4) Damage for which a contract time extension may be requested.

(b) Accident and fire reports required by paragraph (a) above shall be accomplished by the following means:

(1) Accidents or fires resulting in a death, hospitalization of five or more persons, or destruction of Government-owned or leased property (either real or personal), the total value of which is estimated at $100,000 or more, shall be reported immediately by telephone to the Contracting Officer or his/her authorized representative and shall be confirmed by telegram or facsimile transmission within 24 hours to the Contracting Officer. Such telegram or facsimile transmission shall state all known facts as to extent of injury and damage and as to cause of the accident or fire.

(2) Other accident and fire reports required by paragraph (a) above may be reported by the Contractor using a state, private insurance carrier, or Contractor accident report form which provides for the statement of:

(i) The extent of injury; and

(ii) The damage and cause of the accident or fire. Such report shall be mailed or otherwise delivered to the Contracting Officer within 48 hours of the occurrence of the accident or fire.

(c) The Contractor shall assure compliance by subcontractors at all tiers with the requirements of this clause.

(End of clause)



1252.223-73 Seat Belt Use Policies and Programs (APR 2005)

In accordance with Executive Order 13043, Increasing Seat Belt Use in the United States, dated April 16, 1997, the contractor is encouraged to adopt and enforce on-the-job seat belt use policies and programs for its employees when operating company-owned, rented, or personally-owned vehicles. The National Highway Traffic Safety Administration (NHTSA) is responsible for providing leadership and guidance in support of this Presidential initiative. For information on how to implement such a program or for statistics on the potential benefits and cost-savings to your company or organization, please visit the Buckle Up America section of NHTSA's website at www.nhtsa.dot.gov. Additional resources are available from the Network of Employers for Traffic Safety (NETS), a public-private partnership headquartered in the Washington,D.C. metropolitan area, and dedicated to improving the traffic safety practices of employers and employees .NETS is prepared to help with technical assistance, a simple, user friendly program kit, and an award for achieving the President's goal of 90 percent seat belt use. NETS can be contacted at 1-888-221-0045 or visit its website at www.trafficsafety.org.

(End of clause)

JUN 16 2014

1252.228-73 Notification of Miller Act Payment Bond Protection. (APR 2005)

This notice clause shall be inserted by first tier subcontractors in all their subcontracts and shall contain information pertaining to the surety that provided the payment bond under the prime contract.

(a) The prime contract is subject to the Miller Act, (40 U.S.C. 3131 et al), under which the prime contractor has obtained a payment bond. This payment bond may provide certain unpaid employees, suppliers, and subcontractors a right to sue the bonding surety under the Miller Act for amounts owned for work performed and materials delivery under the prime contract.

(b) Persons believing that they have legal remedies under the Miller Act should consult their legal advisor regarding the proper steps to take to obtain these remedies. This notice clause does not provide any party any rights against the Federal Government, or create any relationship, contractual or otherwise, between the Federal Government and any private party.

(c) The surety which has provided the payment bond under the prime contract is: On File with FHWA - Construction
12300 West Dakota Avenue, Suite 210
Lakewood, Colorado 80228

(End of clause)

1252.242-72 Dissemination of Contract Information (OCT 1994)

The Contractor shall not publish, permit to be published, or distribute for public consumption, any information, oral or written, concerning the results or conclusions made pursuant to the performance of this contract, without the prior written consent of the Contracting Officer. Two copies of any material proposed to be published or distributed shall be submitted to the Contracting Officer.

(End of clause)

1252.242-73 Contracting Officer's Technical Representative. (OCT 1994)
(a) The Contracting Officer may designate Government personnel to act as the Contracting Officer's Technical Representative (COTR) to perform functions under the contract such as review and/or inspection and acceptance of supplies, services, including construction, and other functions of a technical nature. The Contracting Officer will provide a written notice of such designation to the Contractor within five working days after contract award or for construction, not less than five working days prior to giving the contractor the notice to proceed. The designation letter will set forth the authorities and limitations of the COTR under the contract.

(b) The Contracting Officer cannot authorize the COTR or any other representative to sign documents (i.e., contracts, contract modifications, etc.) that require the signature of the Contracting Officer.

(End of clause)

NOTE: Not all FARs are applicable to all Subcontractors



| AZ | Commercial | ROC191654 |
| AZ | Residential | ROC173715 |
| LA | Contractor | 14667 |
| Certified | | WOSB, MBE, SBE, HUBZone |

**SBBI, Inc.**
General Contractors

## CODE OF SAFE PRACTICES

JUN 16 2014

Subcontractor:    Durham Stabilization, Inc
Subcontractor No.  3F-DOT-001-S02
SBBI Project No.   3F-DOT-001

**All subcontractors and their employees must follow this Code of Safe Work Practices**

1. No one under the influence of, or in possession of alcohol, illegal drugs or prescription drugs that can cause impairment is allowed on the jobsite.
2. No unruly or threatening behavior will be tolerated.
3. Weapons are not permitted on jobsites, including those in private vehicles.
4. No one is required or permitted to work that is ill, injured or fatigued.
5. Loose or frayed clothing, sleeveless shirts, shorts, or badly worn work boots will not be permitted on the jobsite. Shirts must be worn at all times.
6. Everyone including visitors and management must wear hardhats, work boots, safety vests and safety glasses on the jobsite, unless they are visiting the job trailer only. Other PPE may be required by the Project Safety Officer.
7. Jobsites and laydown yards shall be maintained in a clean, hazard-free state. Unsafe or unsanitary conditions should be immediately reported to the superintendent.
8. Do not tamper with electrical equipment, machinery, scaffolding, air or water lines. Unsafe conditions shall immediately be corrected, if possible. Defective equipment shall be promptly removed from service, tagged out and reported to the superintendent.
9. Report damage to structures, vehicles, equipment or property immediately to your superintendent.
10. Replace guardrails, missing floor covers, trench plates, barricades, caution tape, safety fencing and warning signage without delay after completion of the task.
11. Do not descend into an unshored trench deeper than 5 feet.
12. Do not enter a confined space unless you are trained and part of the confined space team that is assigned to enter and perform work.
13. Work above 6 foot requires fall protection, ladders, scaffolding or a lift.
14. Report all accidents and incidents; including hazardous materials spills to your superintendent immediately.
15. Follow all site specific rules, including no smoking rules.
16. Do not throw materials, tools or other objects from buildings, structures or equipment.
17. Be familiar with your jobsite emergency plan and who is certified to administer first aid and CPR. Know the locations of exits, fire extinguishers, first aid kits.
18. Comply with rules concerning hazardous materials and spills.
19. The only radios allowed are those used for communications. MP3 players and similar devices are banned from use on the jobsite.
20. The use of cell phones and texting is prohibited while operating equipment or performing dangerous tasks.
21. No dogs, animals, children or unauthorized visitors are allowed on the jobsite.
22. OSHA and EM-385-1 regulations are strictly enforced.

Signature      _Sharon Groesbeck (signature)_

Printed Name   Sharon Groesbeck

Title          President

Date           06/09/2014



| AZ | Commercial | ROC191654 |
| AZ | Residential | ROC173715 |
| LA | Contractor | 14667 |
| Certified | | WOSB, MBE, SBE, HUBZone |

**SUPPLIER CODE OF CONDUCT**



Subcontractor:      Durham Stabilization, Inc
Subcontractor No.   3F-DOT-001-S02
SBBI Project No.    3F-DOT-001

SBBI is committed to high standards of ethical business conduct. As a condition of doing business with SBBI, all Suppliers (suppliers, vendors, contractors, subcontractors, consultants, agents and other providers of materials and/or services) must fully comply with all federal, state, and local laws, rules, regulations, orders, codes and ordinances as outlined in the contract as well as SBBI's Supplier Code of Conduct.

* Suppliers must compete fairly for SBBI's business without paying bribes, kickbacks or giving anything of value to SBBI employees or their relatives in order to secure an improper advantage or create the appearance of gaining an improper advantage.
* Suppliers must independently develop proposals and bid responses, without consultation with other bidders, other potential bidders, or SBBI personnel outside the bounds of the standard bidding process.
* Suppliers must refrain from asking SBBI employees for another supplier's price information.
* Suppliers must not directly or indirectly enter into any business transaction with SBBI employees or their relatives without SBBI Contracting department's prior written consent.
* Suppliers must not use any SBBI-owned or leased equipment without the SBBI Contracting department's prior written consent, or take ownership of any such equipment unless Suppliers have executed an agreement generated by SBBI's Contracting department that authorizes such action.
* Suppliers must not subcontract any part of the work to be performed for SBBI, to a subsidiary or affiliate, or to a relative or an entity owned or controlled by the relative, without the SBBI Contracting department's prior written consent.
* Supplier must ensure that its personnel and subcontractors assigned to perform work on SBBI projects act in a professional and respectful manner, keeping the workplace free from harassment including verbal, physical, and written conduct.
* Suppliers must adhere to applicable SBBI policies while working on SBBI projects including but not limited to general safety practices.
* Suppliers may only access information through SBBI computer systems as authorized; must ensure the information security and confidentiality of all information obtained through such authorized access; and may not use any SBBI information other than for the purposes authorized by SBBI.
* Suppliers must effectively distribute and communicate SBBI's Supplier Code of Conduct to all employees, subcontractors and suppliers involved in a business relationship with SBBI.

Suppliers must immediately report any violation of this Code to SBBI by calling SBBI's Human Resources Director:
Diane Chamberlain, Human Resources Director
SBBI Inc., P.O. Box 770, Sonoita, AZ 85637
Telephone: 520.455.5983 | Cell: 520.403.3275 | e-mail: dchamberlain@sbbiaz.com

A Supplier's failure to comply with SBBI's Supplier Code of Conduct may result in SBBI pursuing legal action and/or discontinuing the business relationship. By signing below, I agree that I understand my responsibilities to abide by the Company's Code of Business Ethics and Conduct.

Signature        _Sharon Groseback_

Printed Name     _Sharon Groseback_

Title            _President_

Date             _06/09/2014_

---

SBBI, Inc. | DTFH68-14-C-00025 | Durham Stabilization, Inc | 3F-DOT-001

SBBI Initials

Sub Initials



| | | |
|---|---|---|
| AZ | Commercial | ROC 191654 |
| AZ | Residential | ROC 173715 |
| LA | Contractor | 14667 |
| Certified | | WOSB, MBE, SBE, HUBZone |

## SUBCONTRACTOR CERTIFICATION
## STORM WATER POLLUTION PREVENTION PLAN

JUN 16 2014

Project Number:  3F-DOT-001-S02
Project Name:    AZ FLAP 249(1) THREE FORKS ROAD
Project Location: Apache-Sitgreaves National Forest

As a subcontractor, you are required to comply with the Storm Water Pollution Prevention Plan (SWPPP) for any work that you perform on-site.  Any person or group who violates any condition of the SWPPP may be subject to substantial penalties or loss of contract.  You are encouraged to advise each of your employees working on this project of the requirements of the SWPPP.  A copy of the SWPPP is available for your review at the office trailer.

Each subcontractor engaged in activities at the construction site that could impact storm water must be identified and sign the following certification statement:

**I certify under the penalty of law that I have read and understand the terms and conditions of the SWPPP for the above designated project and agree to follow the BMPs and practices described in the SWPPP.**

This certification is hereby signed in reference to the above named project:

       Company:      Durham Stabilization, Inc
       Address:      P.O. Box 882, Elk Grove, CA  95759
       Telephone No.  (916) 685-2204

Type of construction service to be provided:  Furnish and Provide specified stabilizing agent(s): provide supply tankers for the distribution of the stabilizing agent(s); CMI RS 650 recycling machine(s), and water trucks to construct the EMULSIFIED ASPHALT TREATED AGGREGATE BASE as defined in Contract No. AZ FLAP 249(1) - THREE FORKS ROAD.

Bond will be at 1% and will be paid upon receipt from Bonding Agency

Signature     _Sharon Greenback_

Printed Name  _Sharon Greenback_

Title         _President_

Date          _06/09/2014_



| AZ | Commercial | ROC191654 |
| AZ | Residential | ROC173715 |
| LA | Contractor | 14667 |
| Certified | | WOSB, MBE, SBE, HUBZone |

## SMALL BUSINESS REPRESENTATIONS

Subcontractor:   Durham Stabilization, Inc
Subcontractor No.  3F-DOT-001-S02
SBBI Project No.   3F-DOT-001

JUN 16 2014

The North American Industry Classification System (NAICS) code for this acquisition is 237310.

The small business size standard is 33.5 Million

The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

**Representations:**

1)   Durham Stabilization, Inc represents that it ☑ is, ☐ is not a small business concern.

2)   Complete only if Durham Stabilization, Inc represents itself as a small business concern in paragraph (1) of these representations.
   a)   Durham Stabilization, Inc represents, for general statistical purposes, that it ☐ is, ☑ is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.

3)   Complete only if Durham Stabilization, Inc represents itself as a small business concern paragraph (1) of these representations.
   a)   Durham Stabilization, Inc represents that it ☐ is, ☑ is not a women-owned small business concern.

4)   Women-owned small business (WOSB) concern eligible under the WOSB Program. Complete only if Durham Stabilization, Inc represents itself as a women-owned small business concern in paragraph (3) of these representations.
   i)   Durham Stabilization, Inc represents that—
   ii)   It ☐ is, ☐ is not a WOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and
   iii)   It ☐ is, ☐ not a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (4)(a)(i) of these representations  is accurate for each WOSB concern eligible under the WOSB Program participating in the joint venture.
      (1)   Enter the name or names of the WOSB concern eligible under the WOSB Program and other small businesses that are participating in the joint venture: _____
      (2)   Each WOSB concern eligible under the WOSB Program participating in the joint venture shall submit a separate signed copy of the WOSB representation.

5)   Economically disadvantaged women-owned small business (EDWOSB) concern. Complete only if Durham Stabilization, Inc  represented itself as a women-owned small business concern eligible under the WOSB Program paragraph (4) of these representations.
   a)   Durham Stabilization, Inc represents that—
   i)   It ☐ is, ☐ is not an EDWOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and
   ii)   It ☐ is, ☐ is not a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (5)(a)(i) of these representations is accurate for each EDWOSB concern participating in the joint venture.
      (1)   Enter the name or names of the EDWOSB concern and other small businesses that are participating in the joint venture: _____
      (2)   Each EDWOSB concern participating in the joint venture shall submit a separate signed copy of the EDWOSB representation.

6)   Complete only if Durham Stabilization, Inc represented itself as a small business concern in paragraph (1) of these representations

a) Durham Stabilization, Inc represents that it ☐ is, ☐ is not a veteran-owned small business concern.

7) Complete only if Durham Stabilization, Inc represented itself as a veteran-owned small business concern in paragraph (6)(a) of these representations.
   a) Durham Stabilization, Inc represents that it ☐ is, ☐ is not a service-disabled veteran-owned small business concern.

8) Complete only Durham Stabilization, Inc represented itself as a small business concern in paragraph (1) of these representations.
   a) Durham Stabilization, Inc represents that—
      i) It ☐ is, ☐ is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material changes in ownership and control, principal office, or HUBZone employee percentage have occurred since it was certified in accordance with 13 CFR Part 126; and
      ii) It ☐ is, ☐ is not a HUBZone joint venture that complies with the requirements of 13 CFR Part 126, and the representation in paragraph (8)(a)(i) of this provision is accurate for each HUBZone small business concern participating in the HUBZone joint venture.
         (1) Enter the names of each of the HUBZone small business concerns participating in the HUBZone joint venture:
         _____
         _____
         (2) Each HUBZone small business concern participating in the HUBZone joint venture shall submit a separate signed copy of the HUBZone representation.

Signature: _____

Title: _Presi den t_____          JUN 16 2014

Date: _0 6/09/19_____

**Definitions as used in these representations:**
"*Economically disadvantaged women-owned small business (EDWOSB) concern*" means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States and who are economically disadvantaged in accordance with 13 CFR part 127. It automatically qualifies as a women-owned small business concern eligible under the WOSB Program.

"*Service-disabled veteran-owned small business concern*"
(1) Means a small business concern
      (i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and
      (ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent  and severe disability, the spouse or permanent caregiver of such veteran.
(2) "Service-disabled veteran" means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service connected, as defined in 38 U.S.C. 101(16).

"*Small business concern*" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard of 33.5 Million this provision.

"*Veteran-owned small business concern*" means a small business concern—
(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and
(2) The management and daily business operations of which are controlled by one or more veterans.

"*Women-owned small business concern*" means a small business concern—
(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and
(2) Whose management and daily business operations are controlled by one or more women.

*"Women-owned small business (WOSB) concern eligible under the WOSB Program"* (in accordance with 13 CFR part 127), means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States.

**Notice:**

Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a business concern that is small, HUBZone small, small disadvantaged, service-disabled veteran owned small, economically disadvantaged women-owned small, or women-owned small eligible under the WOSB Program in order to obtain a contract to be awarded under the preference programs established pursuant to section 8, 9, 15, 31, and 36 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall—

      (i) Be punished by imposition of fine, imprisonment, or both;

      (ii) Be subject to administrative remedies, including suspension and debarment; and

      (iii) Be ineligible for participation in programs conducted under the authority of the Act.

JUN 16 2014



## Statement and Acknowledgment

OMB No. 9000-0014
Expires 06/30/2014

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat, (VIR), Regulatory and Federal Assistance Division, GSA, Washington, DC 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0014), Washington, DC 20503.

### Part 1 - STATEMENT OF PRIME CONRACTOR

| 1. Prime Contract No.: DTFH68-14-C-00025   Task No   n/a | 2. Date Subcontract Awarded : 6/4/2014 | 3. Subcontract Number  3F-DOT-001-S02 |
|---|---|---|

| 4. Prime Contractor | 5. Subcontractor |
|---|---|
| a. Name : SBBI, Inc. | a. Name :  Durham Stabilization, Inc |
| b. Street Address : PO Box 770 | 3282 Highway 82 | b. Street Address :  P.O. Box 882 |
| c. City : Sonoita        d. State : AZ  e. Zip Code : 85637 | c. City : Elk Grove                          d. State : CA   e. Zip Code 95759 |

6. The prime contract _X_ does, ____ does not contain the clause Entitled "Contract Work Hours and Safety Standards Act – Overtime Compensation."

7. The prime contract states that under the contract shown in Item 1, a subcontract was awarded on the date shown in Item 2 to the subcontractor identified in item 5 by the following firm:

a. Name of awarding firm: SBBI, Inc.

b. Description of Work by Subcontractor

Furnish and Provide specified stabilizing agent(s): provide supply tankers for the distribution of the stabilizing agent(s); CMI RS 650 recycling machine(s), and water trucks to construct the EMULSIFIED ASPHALT TREATED AGGREGATE BASE as defined in Contract No. AZ FLAP 249(1) - THREE FORKS ROAD.

Bond will be at 1% and will be paid upon receipt from Bonding Agency

Exclusions

Aggregate base, testing, traffic control, delineation, signage, markers, provisions for maintaining traffic either vehicular or pedestrian, staking, shaping or grading, rocks or solids larger than 2 ½ inches in any dimension shall be removed and disposed of by others, placement of treated or untreated material, curing, curing seal, finishing the recycled material, fees, permits and notifications, development of storm water pollution prevention programs, temporary and/or permanent construction,

| 8. Project :  AZ FLAP 249(1) THREE FORKS ROAD | 9 Project Location :  Apache-Sitgreaves National Forest |
|---|---|
| 10a. Name of Person Signing : Deborah Echeverria-Fain | 11. By: (signature) | 12. Date Signed : 06/17/14 |
| 10b. Title of Person Signing : President | | |

### PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

13. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract :

Contract Work Hours and Safety

Standards Act - Overtime

Compensation - (If included in prime contract block 6)

Payrolls and Basic Records

Withholding of Funds

Disputes Concerning Labor Standards

Compliance with Davis-Bacon and Related Act Regulations

Davis-Bacon Act

Apprentices and Trainees

Compliance with Copeland Act Requirements

Subcontracts (Labor Standards)

Contract Termination - Debarment

Certification of Eligibility

### 14. NAME(S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

| A NAME / ADDRESS / CITY / STATE / ZIP | B NAME / ADDRESS / CITY / STATE / ZIP |
|---|---|
| Durham Stabilization Inc PO B 882 Elk Grove CA 95759 | |
| C NAME / ADDRESS / CITY / STATE / ZIP | D NAME / ADDRESS / CITY / STATE / ZIP |
| | |

| 15a. Name of Person Signing :  Sharon Fausbeck | 16. By: (signature) | 17. Date Signed : 06/09/2014 |
|---|---|---|
| 15b. Title of Person Signing :  President | | |

AUTHORIZED FOR LOCAL REPRODUCTION

PREVIOUS EDITIOIN IS NOT USABLE

STANDARD FROM 1413 (REV 7/2005)

Prescribed by GSA/FAR (48 CFR) 53.222 (e)

3F-DOT-001-S02

| U.S DEPARTMENT OF TRANSPORTATION<br>FEDERAL HIGHWAY ADMINISTRATION CENTRAL<br>FEDERAL LANDS HiGHWAY DIVISION | CONTRACT NUMBER<br>DTFH68-14-C-00025 |

## SUBCONTRACTING CERTIFICATION
### SUPPLEMENT TO STANDARD FORM 1413

| PRIMECONTRACTOR:<br>(NAME, ADDRESS, PHONE NUMBER)<br>SBBI, inc.<br>P.O. Box 770  |  3282 Highway 82<br>Sonoita, Az 85637<br>(520) 455-5953 | SUBCONTRACTOR:<br>(NAME, ADDRESS, PHONE NUMBER)<br>Durham Stabilization, Inc<br>P.O. Box 882<br>Elk Grove, CA 95759<br>(916) 685-2204 |

☒ Small Business Concern (SBC)

The SUBCONTRACTOR Size and Type is:
(check all that apply)

☐ Small Disadvantaged Business (SDB)
☐ Women-Owned Business (WOB)
☐ Veteran-Owned Business (VET)
☐ Service-Disabled Veteran-Owned Business (SDVET)
☐ HUB Zone Business (HUB)
☐ 8(A) Certified

JUN 16 2014

☐ Large Business Concern (LBC) (none of the above)

## ITEMS OF WORK SUBCONTRACTED

| Item | Item Descr | Extra | Qty | Unit Price | Pay Unit | Total Amount |
|------|-----------|-------|-----|-----------|----------|--------------|
| 032 | EMULS ASPH TRT AGG BASE GR D | | 1.00000 | $7,040.72 | TON / Bond is lump sum | $7,040.72 |
| 033 | EMULSIFIED ASPH, GRADE CSS-1 | | 1.00000 | $9,170.00 | TON / Bond is lump sum | $9,170.00 |
| 032 | EMULS ASPH TRT AGG BASE GR D | | 66,800.00000 | $10.54 | TON | $704,072.00 |
| 033 | EMULSIFIED ASPH, GRADE CSS-1 | | 1,310.00000 | $700.00 | TON | $917,000.00 |

THE WORK UNDER THIS SUBCONTRACT AMOUNTS TO  $1,637,282.72

PERCENTAGE OF WORK UNDER THIS SUBCONTRACT:  13.01%
  (PERCENT OF ORIGINAL BID AMOUNT)

Revised 04/24/10 SF1413S.WPF