

# EXHIBIT 2

**DURHAM STABILIZATION INC.**

P.O. Box 882
Elk Grove, CA 95759
Phone: (916) 685-2204
Fax: (916) 685-3097

INVOICE #: C1400466
INVOICE DATE: 9/13/2014
TERMS: **Net 35 Days**

To: SBBI, INC.
Attn: ACCOUNTS PAYABLE
PO BOX 770
SONITA, AZ 85637

RECEIVED SEP 17 2014 By____

## CONTRACT

| Item No. | Description | Contract Unit Price | Contract Quantity | Previous Quantity | Quantity this Estimate | Amount this Estimate | Total Quantity To Date | Total Amount To Date |
|---|---|---|---|---|---|---|---|---|
| 1 | ASPHALT TREATED AGGREGATE BASE | $10.54 | 66,800.00 | 0.0000 | 26095.9000 | $275,050.79 | 26095.9000 | $275,050.79 |
| 2 | ASPHALT PIL - PG 58-28 | $700.00 | 1,100.00 | 0.0000 | 441.6400 | $309,148.00 | 441.6400 | $309,148.00 |
| 3 | PORTLAND CEMENT | $400.00 | 655.00 | 0.0000 | 296.8800 | $118,752.00 | 296.8800 | $118,752.00 |
| 30901-2000 | BOND FOR E.A.T.B GRADING | $7,040.72 | 1.00 | 1.0000 | 0.0000 | $0.00 | 1.0000 | $7,040.72 |
| 30905-1200 | BOND FOR E.A GRADE CSS-1 | $9,170.00 | 1.00 | 1.0000 | 0.0000 | $0.00 | 1.0000 | $9,170.00 |

TOTAL: $702,950.79
Total Amount To Date: $719,161.51

LESS RETENTION: $0.00
$0.00

LESS PREVIOUS BILLINGS: $16,210.72

AMOUNT DUE: $702,950.79
$702,950.79

DSI JOB#: 1470023      YOUR JOB#: MILES : 950
ESTIMATE #: 4
JOB LOCATION: AZ FLAP 249 THREE FORKS ROAD, ALPINE

**DURHAM STABILIZATION INC.**

P.O. Box 882
Elk Grove, CA 95759
Phone: (916) 685-2204
Fax: (916) 685-3097



RECEIVED OCT 13 2014 By

To: SBBI, INC.
Attn: ACCOUNTS PAYABLE
PO BOX 770
SONITA, AZ 85637

INVOICE #: C1401672
INVOICE DATE: 9/30/2014
TERMS: **Net 35 Days**

## CONTRACT

| Item No. | Description | Contract Unit Price | Contract Quantity | Previous Quantity | Quantity this Estimate | Amount this Estimate | Total Quantity To Date | Total Amount To Date |
|---|---|---|---|---|---|---|---|---|
| 1 | ASPHALT TREATED AGGREGATE BASE | $10.54 | 66,800.00 | 26095.9000 | 35332.4600 | $372,404.13 | 61428.3600 | $647,454.91 |
| 2 | ASPHALT PIL - PG 58-28 | $700.00 | 1,100.00 | 441.6400 | 572.8000 | $400,960.00 | 1014.4400 | $710,108.00 |
| 3 | PORTLAND CEMENT | $400.00 | 655.00 | 296.8800 | 308.4700 | $123,388.00 | 605.3500 | $242,140.00 |
| 30901-2000 | BOND FOR E.A.T.B GRADING | $7,040.72 | 1.00 | 1.0000 | 0.0000 | $0.00 | 1.0000 | $7,040.72 |
| 30905-1200 | BOND FOR E.A GRADE CSS-1 | $9,170.00 | 1.00 | 1.0000 | 0.0000 | $0.00 | 1.0000 | $9,170.00 |
| DNU | DO NOT USE | $0.00 | 1.00 | 0.0000 | 0.0000 | $0.00 | 0.0000 | $0.00 |

TOTAL: $896,752.13
LESS RETENTION: $0.00
LESS PREVIOUS BILLINGS: $702,950.79
AMOUNT DUE: $896,752.13

$1,615,913.63

DSI JOB#: 1470023
ESTIMATE #: 5
JOB LOCATION: AZ FLAP 249 THREE FORKS ROAD, ALPINE
YOUR JOB#:    MILES: 9.50