

# EXHIBIT 3

ATTACHMENT #5

**SBBI, INC. GENERAL CONTRACTORS**
Project Managers' approval of Subcontract/Work Order Pay Request Form

Subcontractor  Durham Stabilization         Date Approval Requested from PM: 10/10/14
Inv #  33FDOT001                            Date of invoice  9/30/14
Subcontract# or PO#: 3F-DOT-001-502         Job#: 3F-DOT-001       Final Invoice: YES or No
Period Through Date:  09/30/14

| Invoice Amount | $896,752.13 | Total as invoiced by the subcontractor |
|---|---|---|
| Rejected Amount | $123,388.00 | - Items included in AIA that are not yet due – SUB to rebill in next period (or upon completion).<br>- PM to notify AP in writing of which lines AND amounts that are disputed |
| Disputed Amount |  | - PM to work with Subcontractor regarding disputed items until resolved, the vendor may continue to bill but amount is not to be entered nor paid until the dispute is resolved.<br>- PM to notify AP in writing of which lines AND amounts that are disputed. |
| Amount Approved for Payment | $773,364.13 | AP will input and pay the undisputed amounts. PM to notify AP in writing of which lines are rejected/disputed. |

Payment Approved by:  Clay Hardt                   for Period Through Listed Above
Date Approved:        10/14/2014
**CONTRACTS**

| Subcontract | Work Order | Material Purchase | Professional Service | Lease Agreement | Trucking Agreement |
|---|---|---|---|---|---|
| ✓ |  |  |  |  |  |

| Joint Check | no |
|---|---|
| Code of Safe Practices | CE |
| COI | CE |
| E-Verify | CE |
| Personnel List | N/A |
| SF1413 | CE |
| Small Business Representations | CE |
| Contract – Signed | CE |
| Supplier Code of Conduct | CE |
| SWPPP | CE |
| W9 | CE |
| Warranty | N/A |

10/13/14 - ok to pay

Disputed amount is for cement the line item will be added to the contract through a Mod by FHWA. As soon as we get that we can pay the cement cost.

**PAYROLL**
Certified payroll received through date indicated above _____
Certified Payroll received is in compliance with Davis Bacon Act and Wage Determination for specified job _____
**AP**
_____ Payment Request Template - If No reject the invoice with rejection letter- Send to Sub AND to PM
_____ Payment Request Template - Correctly filled out- If No reject the invoice with rejection letter- Send to Sub AND to PM
_____ Payment Requested does not Exceed Contract Value, -Pull Commitment from Cart, Pull Committed Cost Status Report -
      If exceeds, balance on commitment reject the invoice with rejection letter- Send to Sub AND PM
_____ IF FINAL invoice review committed cost status report to be sure no negative line items or Change Orders that need deducted
Progress or Final  Lien Release Received  If No email Sub requesting Lien Release _____ date requested...
✓ Email to PM for Approval
✓ Enter in Timberline
_____ ON HOLD

|  | AIA | PM | LR | CN | PR | RELEASED _____ |
|---|---|---|---|---|---|---|
| Yes | ✓ |  |  | ✓ |  |  |
| No |  | ✓ | ✓ |  |  |  |

REVISED 09-30-14 lq

**SBBI, INC. GENERAL CONTRACTORS**
Project Managers' approval of Subcontract/Work Order Pay Request Form

Subcontractor **Durham Stabilization**   Date Approval Requested from PM: **9/18/14**
Inv # **23FDOT001   (C14004(16))**   Date of invoice **9/13/14**
Subcontract# or PO#: **3F-DOT-001-502**   Job#: **3F-DOT-001**
Period Through Date: **08.31.14**   Final Invoice: YES or No

| | | |
|---|---|---|
| Invoice Amount | $702,950.79 | Total as invoiced by the subcontractor |
| Rejected Amount | $118,752.00 | - Items included in AIA that are not yet due – SUB to rebill in next period (or upon completion).<br>- PM to notify AP in writing of which lines AND amounts that are disputed |
| Disputed Amount | | - PM to work with Subcontractor regarding disputed items until resolved, the vendor may continue to bill but amount is not to be entered nor paid until the dispute is resolved.<br>- PM to notify AP in writing of which lines AND amounts that are disputed. |
| Amount Approved for Payment | $584,198.79 | AP will input and pay the undisputed amounts. PM to notify AP in writing of which lines are rejected/disputed. |

Payment Approved by: **Clay Harrell**   Date **9/24/2014**

**CONTRACTS**

| Subcontract | Work Order | Material Purchase | Professional Service | Lease Agreement | Trucking Agreement |
|---|---|---|---|---|---|
| ✓ | | | | | |

| Joint Check | no |
|---|---|
| Code of Safe Practices | CE |
| COI | CE |
| E-Verify | CE |
| Personnel List | N/A |
| SF1413 | CE |
| Small Business Representations | CE |
| Contract – Signed | CE |
| Supplier Code of Conduct | CE |
| SWPPP | CE |
| W9 | CE |
| Warranty | |

09?
08.19.14 - ok to pay
need change order for portland cement
296.88 @ $400/unit

**PAYROLL**
Certified payroll received through date indicated above _____
Certified Payroll received is in compliance with Davis Bacon Act and Wage Determination for specified job _____
**AP**
____ Payment Request Template - If No reject the invoice with rejection letter- Send to Sub AND to PM
____ Payment Request Template - Correctly filled out- If No reject the invoice with rejection letter- Send to Sub AND to PM
____ Payment Requested does not Exceed Contract Value, -Pull Commitment from Cart, Pull Committed Cost Status Report -
    If exceeds, balance on commitment reject the invoice with rejection letter- Send to Sub AND PM
____ IF FINAL invoice review committed cost status report to be sure no negative line items or Change Orders that need deducted
Progress or Final Lien Release Received, If No email Sub requesting Lien Release _____ date requested...
✓ Email to PM for Approval **09.18.14**
✓ Enter in Timberline
✓ ON HOLD

| | AIA | PM | LR | CN | PR |
|---|---|---|---|---|---|
| Yes | ✓ | | ✓ | ✓ | |
| No | | ✓ | | | |

RELEASED _____

REVISED 07-16-14