


# EXHIBIT 5

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE OF PAGES: 1 | 3

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0001 | See Block 16C | | AZ FLAP 249(1) |

6. ISSUED BY CODE CFLHD-AQ

Federal Highway Administration
Central Federal Lands Highway Div.
Attn: Acquisitions Office
12300 W. Dakota Ave, Suite 360
Lakewood CO 80228-2583

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

SBBI INC
3282 HWY 82
SONOITA AZ 85637-0770

(x) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

x 10A. MODIFICATION OF CONTRACT/ORDER NO. DTFH68-14-C-00025

10B. DATED (SEE ITEM 13) 05/21/2014

CODE 102439403 FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
NO EFFECT ON FUNDING

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR Clause 52.243-4 Changes (June 2007) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☒ is not. ☐ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
See Continuation Sheets.

By signature in Block 15 below, Contractor agrees that payment and time adjustments as provided herein release the Government from any and all liability under this contract from any further compensation or adjustments attributable to this modification.

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Deborah Echeverria-Fain President | | Mark Meng | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| [signature] (Signature of person authorized to sign) | 12.30.14 | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**Block 14, *Description of Modification*, (Continuation Sheet)**

This Modification will have the following changes:

1) Eliminate Items 30901-2000, Emulsified Treated Aggregate Base, Grading D and 30905-1200, Emulsified Asphalt, Grade CSS.
2) Create a new item 30602-0000, Foamed Asphalt and Cement Treated Aggregate Base, 30601-0000, Foamed Asphalt, Grade PG 58-22 and 31005-0000, Cement, Type II/V.
3) Add the attached subsection 306 specification to the Contract.
4) Delete Subsection 309 entirely.

No other changes will be made to the Special Contract Requirements or Plans.

MODIFICATION SUMMARY

As a result of this modification the contract amount will decrease by $4.60. The contract completion date will not change.

All work will be performed in accordance with the applicable sections of the Standard Specifications –FP-03 and the Special Contract Requirements.

BASIS OF PAYMENT

| ITEM | | | QUANTITY | | | PRICE | | | VALUE |
|---|---|---|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) | (e) | (f) | (g) |
| Item Number | Item Description | Unit | Original Estimated Quantity | Estimated Change in Quantity | New Estimated Quantity (a+b) | Bid Price | Change In Price | New Price (d+e) | *Value of Modification |
| A0320 | 30901-2000, Emulsified Aphalt Treated Aggregate Base, Grading D | ton | 66,800 | -66800 | 0 | $41.00 | $41.00 | $41.00 | -$2,738,800.00 |
| A0340 | 30905-1200, EmulsifiedAsphalt, Grade CSS | ton | 1,310 | -1310 | 0 | $700.00 | $700.00 | $700.00 | -$917,000.00 |
| A0951 | 30602-0000, Foamed Asphalt & Cement Treated Aggregate Base, Grading D | ton | 0 | 66800 | 66,800 | $0.00 | $41.00 | $41.00 | $2,738,800.00 |
| A0952 | 30601-0000, Foamed Asphalt, Grade PG 58-22 | ton | 0 | 1230 | 1,230 | $0.00 | $473.98 | $473.98 | $582,995.40 |
| A0953 | 31005-0000, Cement, Type II/V | ton | 0 | 835 | 835 | $0.00 | $400.00 | $400.00 | $334,000.00 |
| | Amount of Modification | | | | Net Value of Modification | | | | -$4.60 |
| | | | | | Aggregate value of modification = | | | | $7,311,595.40 |

* For all changes: (g) = [(c) x (f)] - [(a) x (d)]

Delete Section 306 and substitute the following:

# Section 306. — FULL DEPTH RECLAMATION WITH ASPHALT

## Description

**306.01** This work consists of constructing an foamed asphalt and cement treated base course on a prepared surface and shaping and compacting the mix to produce a stabilized base. The mixture may also include cement or fly ash.

Emulsified asphalt grade is designated according to AASHTO M 140, AASHTO M 208, or Subsection 702.02.

Asphalt binder grade is designated according to AASHTO M 226 or AASHTO M 320.

Base aggregate grading is designated as shown in Table 703-2.

## Material

**306.02** Conform to the following Section and Subsections:

| | |
|---|---|
| Asphalt binder | 702.01 |
| Base Course aggregate | 703.05 |
| Emulsified asphalt | 702.02 |
| Fly ash, Class C | 725.04(a) |
| Fog seal | 406 |
| Portland cement | 701.01(a) |
| Water | 725.01(c) |

## Construction Requirements

**306.03 Proportioning.** Collect representative samples of the proposed aggregate base.

Design a mix according to FLH T 522 conforming to the requirements of Table 306-1. When using foamed asphalt, supply a binder conforming to the requirements of Table 306-2. Submit the mix design and the following for approval 30 days before production:

**(a)** Optimum emulsified or foamed asphalt binder content based on total mass of mixture;

**(b)** Source and grade of emulsified or foamed asphalt binder;

**(c)** Optimum moisture content for compaction based on total mass of mixture;

**(d)** Recommended cement or fly ash content;

**(e)** Maximum wet and dry density for the mixture at the recommended proportions of binder, water, and cement or fly ash according to AASHTO T 180, Method D;

(f) Gradation and proportion of imported crushed aggregate;

(g) Results of tests and applicable graphs;

(h) A representative 350-pound (160-kilogram) sample of pavement, base, and imported crushed aggregate, if requested;

(i) Three 1-gallon (4 liter) samples of emulsified or asphalt binder, if requested;

(j) 15-pound (7-kilogram) sample of Portland cement or fly ash, if requested; and

(k) Optimum percent of injection water for foaming based on total mass of asphalt binder (when using foamed asphalt for the binder).

Begin production only after the mix design is approved. Submit a new mix design if there is a change in a material source.

**Table 306-1**
**Asphalt Stabilized Base Course Mix Design Requirements**

| Binder type | Material or Property | Requirement |
|---|---|---|
| Emulsified asphalt and foamed asphalt | Indirect tensile strength, AASHTO T 283 (1) | |
| | Tensile strength wet | 13 psi (170 kPa) minimum |
| | Tensile strength ratio (TSR) | 60% minimum |

(1) Follow the modified AASHTO T 283 procedures as indicated in FLH T 522.

**Table 306-2**
**Foamed Asphalt Binder Property Requirements**

| Property | Requirement |
|---|---|
| Foamed asphalt expansion characteristics at 320, 338, & 356 °F (160, 170, & 180 °C)(1) | |
| Asphalt expansion ratio | 10 minimum |
| Half-life of foamed expansion | 6 seconds minimum |

(1) See FLH T 522 for test procedures.

**306.04 General.** Leave blank.

**306.05 Production Start-Up Procedures.**

(a) **Preparatory phase meeting.** Conduct a pre-stabilization preparatory phase meeting at least 7 days before the start of stabilizing operations according to Subsection 153.04(a).

(b) **Control strip.** Provide 7 days notice before beginning production.

On the first day of production, stabilize a 1000-foot (300-meter) long control strip, one-lane wide, and at the designated lift thickness. Construct the control strip on the project at an approved location.

Construct the control strip using the construction procedures intended for the entire project. Cease production after construction of the control strip until the stabilized base layer and the control strip are evaluated and verified for approval.

After the reclaimer has pulverized and mixed one reclaimer width for 100 feet (30-meter) of the control strip and before compaction, dig a test pit to evaluate the mixing and distribution of the asphalt. If homogeneous mixing is not occurring, modify the process and pulverize, mix, and verify another 100 feet (30-meter). Continue until acceptable mixing and distribution of asphalt is obtained.

Take three random loose mix samples within the control strip and verify that 100 percent passes the 2-inch (50-millimeter) sieve.

Take nuclear gauge density readings behind each roller pass according to AASHTO T 310 to determine the roller pattern necessary to achieve at least 97 percent of the maximum wet density. Determine the maximum wet density by sampling processed material from behind the reclaimer (before compaction) and testing the material according to AASHTO T 180, Method D.

Repeat the control strip process until an acceptable control strip is produced. See Subsection 106.01 for the disposition of material in unacceptable control strips. Accepted control strips may remain in place and will be accepted and measured as a part of the completed base.

**(c) Control strip verification.** The control strip is verified when the specified density, gradation, and moisture content is obtained. Full production may begin once control strip is verified. Provide the CO with the reclaimer speed, emulsified or foamed asphalt application temperature, and asphalt and water line pressures used on the verified control strip.

Use these start-up procedures when changing construction procedures, when resuming production after a termination of production due to unsatisfactory quality according to Subsection 106.04, or the beginning of a new construction season.

**306.06 Mixing and Spreading.** Use a stationary pugmill or road reclaiming unit for mixing the aggregate base course with the asphalt emulsion.

**(a) Stationary pugmill.** Use a pugmill with weighing, volumetric, or other gauging equipment capable of accurately controlling the material entering the mixer. Interlock the controls for the aggregate feed with the foamed asphalt and cement and water controls to ensure uniform introduction of material into the mixer.

**(b) Road reclaimer.** Use a self-propelled unit capable of mixing the material specified in the plans. Equip the mixer with controls capable of accurately metering the water and foamed asphalt and cement entering the mixer. If a separated distributor truck is used to proportion the foamed asphalt and cement, equip the truck with controls capable of accurately metering and spreading the foamed asphalt and cement across the width road reclaimer.

Determine the optimum moisture content of the mixture according to AASHTO T 180, method D.

Add 1.75% foamed asphalt and 1.25% cement by mass of aggregate. Adjust the total liquid content so

that, at the time of compaction, the total liquid content is within 2 percent of the optimum moisture content. Mix until all particles are uniformly coated.

Immediately after mixing, spread the mixture on the prepared surface in a uniform layer. Shape the mixture to the line, grade, and cross-section. Route hauling equipment uniformly over the full width of the surface to minimize rutting or uneven compaction.

**306.07 Compacting.** Determine the maximum density of the mixture according to AASHTO T 180, method D.

Compact the full width. Roll from the sides to the center, parallel to the centerline of the road. Along curbs, headers, walls, and all places not accessible to the roller, compact the material with approved tampers or compactors.

Compact the mixture to at least 95 percent of maximum density. Determine the in-place density and moisture content according to AASHTO T 310 or other approved test procedures.

**306.08 Applying Cement or Fly Ash.** Do not apply cement or fly ash when conditions allow for excessive loss to blowing. Use a metered mechanical spreader to uniformly apply cement or fly ash on the roadway surface. Use canvas (or similar) skirts around the spreader box to minimize dust.

**306.09 Applying Asphalt.**

**(a) Requirements for emulsified and foamed asphalt.** Apply emulsified or foamed asphalt when the surface and air temperatures in the shade are at least 50 °F (10 °C). Do not begin applying emulsified asphalt during periods of fog, rain, or when temperatures below 35 °F (1.7 °C) are anticipated within 48 hours.

Automatically adjust the asphalt and water flow based the reclaimer speed and recycled material mass for the approved mix design. Maintain the asphalt temperature within the range recommended by the supplier.

Complete pulverizing and mixing operations in continuous one lane-width segments up to ½ mile (0.8 kilometers) in length. Mix the pulverized roadway material with emulsified asphalt binder, other additives, and the necessary mixing water for optimum dispersion. If two passes are used, shape and compact the reclaimed material with a steel drum roller after the first pass to provide depth control for the second pass of the reclaimer. Add the required quantity of emulsified or foamed asphalt during the final pass of the reclaimer.

Verify that the emulsified or foamed asphalt is evenly dispersed and coating the pulverized material. Dig test pits within the mix at least every ¼ mile (0.4 kilometers) and observe the distribution of the emulsified or foamed asphalt in each pit.

**(b) Additional requirements for foamed asphalt.** Do not use foamed asphalt with an application temperature below 320 °F (160 °C).

Do not apply foamed asphalt on previously treated foamed asphalt areas.

**306.10 Surface Tolerance.** Finish the surface according to Subsection 301.06.

**306.11 Construction Joints.**

**(a) Longitudinal joints**. Make longitudinal joints coincide with each change in cross-slope, regardless of the overlap width. Provide a minimum longitudinal overlap of 6 inches (150 millimeters).

**(b) Transverse joints.** After full depth reclamation operations stop, ensure continuity across transverse joints by cutting back into the completed work for a distance recommended by the manufacturer of the reclaimer.

**306.12 Curing and Maintenance.**

**(a) Emulsified asphalt.** Keep traffic and equipment off the stabilized base for at least 1 hour after completing compaction. Do not allow traffic and construction equipment on the stabilized base until it is sufficiently stable to withstand marring and permanent deformation.

**(b) Foamed asphalt.** Before opening the stabilized base to traffic and after completing compaction, moisten the surface and roll with a pneumatic-tire roller to create a tight and closed surface. Continue to keep the surface moist until placement of the next course or final surface.

If required, place a fog seal on the surface of the stabilized base after final compaction according to Section 406.

Route hauling and other construction equipment uniformly over the full width of the recycled surface to minimize non-uniform compaction.

Maintain the stabilized layer to the correct line, grade, and cross-section until placement of the next course or final riding surface. If the stabilized layer loses stability, density, or finish before placement of the next course, reprocess and recompact as necessary to restore the strength of the damaged material.

Overlay the stabilized base material within 14 days after compacting.

**306.13 Acceptance.** See Table 306-3 for sampling, testing, and acceptance requirements.

Aggregate gradation will be evaluated under Subsection 106.05. The aggregate gradation upper and lower specification limits are the approved target values plus or minus the allowable deviations shown in Table 703-2. See Table 306-1 for the acceptance quality characteristic categories. All other aggregate quality properties will be evaluated under Subsections 106.02 and 106.04.

Construction of foamed asphalt and cement treated base course will be evaluated under Subsections 106.02 and 106.04.

Preparation of the surface on which the treated aggregate base course is placed will be evaluated under Section 204 or 303 as applicable.

Cement or fly ash will be evaluated under Subsections 106.02 and 106.03.

Emulsified and foamed asphalt will be evaluated under Subsections 106.03, 106.04, and Table 306-1.

Blotter material will be evaluated under Subsection 106.03.

## Measurement

**306.14** Measure the Section 306 pay items listed in the bid schedule according to Subsection 109.02 and the following as applicable:

Measure aggregate base, asphalt binder and cement by the ton in the hauling vehicle.

## Payment

**306.15** The accepted quantities will be paid at the contract price per unit of measurement for the Section 306 pay items listed in the bid schedule. Payment will be full compensation for the work prescribed in this Section. See Subsection 109.05.

**Table 306-3**
**Sampling, Testing, and Acceptance Requirements**

| Material or Product (Subsection) | Type of Acceptance (Subsection) | Characteristic | Category | Test Methods Specifications | Sampling Frequency | Point of Sampling | Split Sample | Reporting Time | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| Source | | | | | | | | | |
| Emulsified asphalt | Measured and tested for conformance (106.04) | Quality | — | Subsection 702.02 | 1 per type & source of material | Asphalt supplier | Yes | Minimum 30 days before production | — |
| Asphalt binder (foamed) | " | " | — | Subsection 702.01 & Table 306-2 | " | " | " | " | — |
| Mix Design | | | | | | | | | |
| Full depth reclamation (FDR) with asphalt mixture | Measured and tested for conformance (106.04) | All | — | Subsection 306.03 & FLH T 522 | 1 per submitted mix design | Existing roadway | Yes | Minimum 30 days before production | — |

**Table 306-3 (continued)**
**Sampling, Testing, and Acceptance Requirements**

| Material or Product (Subsection) | Type of Acceptance (Subsection) | Characteristic | Category | Test Methods Specifications | Sampling Frequency | Point of Sampling | Split Sample | Reporting Time | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | | Production Start-up (control strip) | | | | | | |
| Asphalt binder (foamed) | Measured and tested for conformance (106.04) | Binder temperature | – | Subsection 306.09 | 1 minimum | Temperature gauge(3) | No | Upon completing test | – |
| | | Half-life & expansion ratio | – | Table 306-2 & FLH T 522 | " | Test nozzle on reclaimer | " | " | – |
| FDR with asphalt material | Measured and tested for conformance (106.04) | Gradation | – | AASHTO T 27 | 3 minimum | Behind reclaimer before compaction | No | " | Minus 2-inch (50-mm) sieve requirement only |
| | | Moisture-density (wet density)(1) | – | AASHTO T 180, Method D | 1 minimum | " | " | " | – |
| | | Moisture content (in-place) | – | AASHTO T 255 | 3 minimum | In-place after compaction | " | " | – |
| | | Density | – | AASHTO T 310 | " | In-place after compaction | " | " | Report wet density |
| | Visual inspection (106.02) | Homogeneous mixing | – | Subsection 306.05(b) | Subsection 306.05(b) | Behind reclaimer before compaction | " | " | – |

Table 306-3 (continued)
Sampling, Testing, and Acceptance Requirements

| Material or Product (Subsection) | Type of Acceptance (Subsection) | Characteristic | Category | Test Methods Specifications | Sampling Frequency | Point of Sampling | Split Sample | Reporting Time | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| Production | | | | | | | | | |
| FDR asphalt material | Measured and tested for conformance (106.04) | Moisture-density (wet density)(1) | — | AASHTO T 180, Method D | 1 per change in material | Behind reclaimer before compaction | No | Before using in work | — |
| | | Density | — | AASHTO T 310 | 1 per 2000 $yd^2$ (1700 $m^2$) | In-place after compaction | " | End of shift | Report wet density |
| | Process control (153.03) | Gradation | — | AASHTO T 27 | Minimum 1 per 3500 $yd^2$ (3000 $m^2$) | Behind reclaimer before compaction | No | Upon completion of test | — |
| | | Moisture content | — | AASHTO T 255 | 1 per lane mile (lane kilometer) | " | " | " | — |
| | | Homogeneous mixing | — | Subsection 306.05(b) | Minimum 1 per 3500 $yd^2$ (3000 $m^2$) | " | " | " | — |
| | | Binder content of mix | — | Calculation (yield rate) | Minimum 1 per tank load | — | " | " | — |
| | | Indirect tensile strength(2) | — | AASHTO T 283 (as modified by FLH T 522) | 1 per 15000 $yd^2$ (12,540 $m^2$) | " | " | 4 days | — |

Table 306-3 (continued)
Sampling, Testing, and Acceptance Requirements

| Material or Product (Subsection) | Type of Acceptance (Subsection) | Characteristic | Category | Test Methods Specifications | Sampling Frequency | Point of Sampling | Split Sample | Reporting Time | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| Production (continued) | | | | | | | | | |
| Asphalt binder (foamed) | Process control (153.03) | Binder temperature | – | Subsection 306.09 | 1 per tank load | Temperature gauge[(3)] | No | Upon completing test | – |
| | | Half-life & expansion ratio | – | Table 306-2 & FLH T 522 | " | Test nozzle on reclaimer | " | " | – |
| Finished Product | | | | | | | | | |
| FDR with asphalt material | Measured and tested for conformance (106.04) | Surface tolerance & grade | – | Subsection 301.06 | Determined by the CO | Completed FDR surface | No | Before placement of next layer or as requested | – |

(1) At least 5 points per proctor.

(2) Immediately after collecting sample, transport to a field material laboratory and compact for indirect tensile strength testing.

(3) Measure asphalt binder temperature with a calibrated thermometer.

**Table 306-3**
**Sampling and Testing Requirements**

| Material or Product | Type of Acceptance (Subsection) | Characteristic | Category | Test Method Specifications | Sampling Frequency | Point of Sampling | Split Sample | Reporting Time |
|---|---|---|---|---|---|---|---|---|
| Aggregate Source quality 703.05 | Measured and tested for conformance (106.04 and 105) | L.A. abrasion | --- | AASHTO T 96 | 1 per type and source of material | Source of material | Yes | Before using in work |
| | | Sodium sulfate soundness (coarse & fine) | --- | AASHTO T 104 | | | | |
| | | Durability index (coarse & fine) | --- | AASHTO T 210 | | | | |
| | | Fractured faces | --- | ASTM D 5821 | | | | |
| Base course grading C, D, or E (production) | Statistical (106.05) | Gradation: | | AASHTO T 27 and T 11 | 1 per 1500 tons | From windrow or roadbed after processing | Yes | 4 hours |
| | | ¾ inch | I | | | | | |
| | | No. 4 | I | | | | | |
| | | No. 200 | I | | | | | |
| | | Other specified sieves (See Table 703-2) | II | | | | | |
| | Measured and tested for conformance (106.04 and 105) | Compaction | --- | AASHTO T 310 or other approved method | 1 per 500 tons | In-place | --- | Before placing next layer |
| | | Moisture-density (max. density) | | AASHTO T 180 method D [(1)] | 1 per type and source of material | Source of Material | Yes | 4 hours |
| | | Liquid limit | | AASHTO T 89 | 1 per 1500 tons | From windrow or roadbed after processing | | |

[(1)] Minimum of 5 point per proctor.

Section 306