THOMPSON•KRONE, P.L.C.
4601 East Ft. Lowell Road, Suite 109
Tucson, AZ  85712
(520) 884-9694
FAX: (520) 323-4613
Evan L. Thompson, PCC: 65072, State Bar No. 017064
Evan@thompsonkrone.com
Russell E. Krone, PCC 64882, State Bar No. 01585
*Attorneys for Defendants SBBI, Inc. and
Hartford Fire Insurance Company*

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES of America, for the Use and Benefit of DURHAM STABILIZATION, INC., a California corporation,<br><br>              Plaintiff,<br><br>v.<br><br>SBBI, INC., a Louisiana corporation; HARTFORD FIRE INSURANCE COMPANY, a Connecticut casualty insurer; JOHN DOES 1through 100; JANE DOES 1-100, BLACK CORPORATIONS 1-100, WHITE PARTNERSHIPS 1-100, and BLUE LLC'S 1-100,<br><br>              Defendants. | CASE NO.  3:15-CV-08166<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SBBI, INC.** |

This Corporate Disclosure Statement is filed on behalf of Defendant SBBI, Inc. in compliance with Rule 7.1, Fed.R.Civ.P., which provides that a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or state that there is no such corporation. SBBI, Inc. declares that there is no such corporation.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

**1**

1 | Dated this 27th day of October, 2015.

THOMPSON•KRONE, P.L.C.

By: /s/ Evan L. Thompson
    Evan L. Thompson
    *Attorneys for Defendants SBBI, Inc. and Hartford Fire Insurance Company*

I hereby certify that on October 27, 2015 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Karen A. Palecek
Palecek & Palecek PLLC
6263 North Scottsdale Road, Suite 310
Scottsdale, AZ 85250
*Attorneys for Plaintiff*

/s/  Dan Hollnagel